# EXHIBIT A



**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**(DHSMV)**
**www.flhsmv.gov**

## Driver Record # S530-819-83-028-0
## TARIK XAIVER SMITH

As of February 05, 2025 at 9:13:31 AM, Driver Privilege S530-819-83-028-0 is SUSPENDED.
Personal Information Is Protected Pursuant To The Driver Privacy Protection Act. Entries Below Are A Complete Record.

| First | Middle | Last | Suffix | Date Of Birth | Sex | Height | Race |
|-------|--------|------|--------|---------------|-----|--------|------|
| TARIK | XAIVER | SMITH | | 01-28-1983 | M | 5' 6" | African American |

| Residential Address | County | Mailing Address | County |
|---------------------|--------|-----------------|--------|
| 4450 NW 169 TER MIAMI GARDENS, FL 33055 4325 | MIAMI-DADE | 4450 NW 169 TER MIAMI GARDENS, FL 33055 4325 | MIAMI-DADE |

**Current License Type**
Identification Card

| Original License Issued | Original CDL Issued | | Prior State and Driver License Number |
|-------------------------|---------------------|--|----------------------------------------|
| 05-11-2000 | | | |

| License Type | Status | Issue Date | Expiration Date |
|--------------|--------|------------|-----------------|
| License (Class E) | Cancelled | 11-30-2020 | 01-28-2029 |
| Identification Card | Valid | 04-11-2023 | 01-28-2032 |
| Commercial Learner Permit (Class A) | Expired | 06-03-2010 | 11-30-2010 |

**Issuance History**

| | | | | | |
|--|--|--|--|--|--|
| ID Card Duplicate | 04-13-1999 | Class E Duplicate | 08-29-2002 | Class E Address Change | 01-07-2009 |
| ID Card Duplicate | 05-11-2000 | Class E CDR/CDT Clearance | 10-04-2002 | Class E Address Change | 02-08-2009 |
| Class E Duplicate | 05-17-2001 | Class E CDR/CDT Clearance | 06-18-2004 | Class E CDR/CDT Clearance | 01-26-2011 |
| Class E CDR/CDT Clearance | 04-02-2002 | Class E Duplicate | 06-22-2004 | Class E Replacement | 11-02-2015 |
| Class E Replacement | 05-23-2002 | Class E Duplicate | 04-03-2006 | | |

**Exams**

| Vision | General | Signs | Rules | Driving | Motorcycle Rules | Motorcycle Skills |
|--------|---------|-------|-------|---------|------------------|-------------------|
| 1 Attempt Pass 01-25-2013 | 0 Attempts | 1 Attempt Waiver 05-11-2000 | 1 Attempt Waiver 05-11-2000 | 1 Attempt Pass 05-23-2002 | 0 Attempts | 0 Attempts |

# FLHSMV

FLORIDA HIGHWAY SAFETY   AND MOTOR VEHICLES

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**(DHSMV)**
**www.flhsmv.gov**

## Driver Record # S530-819-83-028-0
## TARIK XAIVER SMITH

### CDL Exams

| Vision | General | Air | Double/Triples | Tank | Passenger |
|---|---|---|---|---|---|
| 0 Attempts | 7 Attempts<br>Pass<br>06-23-2004 | 6 Attempts<br>Pass<br>07-06-2004 | 0 Attempts | 0 Attempts | 0 Attempts |

| Pre-Trip | Skills | Basic | School Bus | Combination Vehicles | Hazardous Material |
|---|---|---|---|---|---|
| 0 Attempts | 0 Attempts | 0 Attempts | 0 Attempts | 1 Attempt<br>Pass<br>01-26-2007 | 0 Attempts |

### Special Driver Information

REAL ID Compliant
US Citizen
Blocked Personal Information
Blocked for Mailing List
Person has a Digital Image
Eligible to elect driver school.  Driver has made 0 elections. Violations committed while a CDL Holder or in a CMV vehicle are not eligible for driving school election.

### Sanction Information

\* Notices are mailed to the last address provided to our agency pursuant to s.322.251, F.S.  In most cases the notice is mailed 20 days before the sanction begins. However, there are some exceptions.  1) When court orders a sanction, the notice is mailed after we receive the information, although the sanction is effective on the conviction date; or 2) When a law enforcement agency provides the notice upon an arrest, a notice will not be mailed from DHSMV.

\*\* Action Required: If "Yes" you must meet certain requirements to reinstate that sanction; If "No" you have complied with all the requirements and nothing further is needed from you; if "N/A" reinstatement is not allowed for this sanction.

### Sanctions

| **Action Required | Effective Date | County | State | Length | Description | Added To Record Date | *Notice Provided Date | Requirements Completed Date |
|---|---|---|---|---|---|---|---|---|
| No | 11-28-2022 | MIAMI-DADE | | Indefinite | FAILED TO PAY TRAFFIC FINE(PENALTY) SUSPENSION<br>CITATION NUMBER: AH03JDE<br>COUNTY COURT ACTION<br>COURT REQ MET - FEE PAID | 07-18-2023 | 11-07-2022 | 07-24-2023 |



**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
(DHSMV)
www.flhsmv.gov

## Driver Record # S530-819-83-028-0
## TARIK XAIVER SMITH

### Sanctions

| **Action Required | Effective Date | County | State | Length | Description | Added To Record Date | *Notice Provided Date | Requirements Completed Date |
|---|---|---|---|---|---|---|---|---|
| Yes | 04-11-2023 | | | Indefinite | DL CANCELLED -F.S. 322.08 (7) CANCELLATION OF LICENSE/ID DHSMV ACTION | 04-11-2023 | 04-11-2023 | |
| Yes | 09-30-2024 | MIAMI-DADE | | Indefinite | FAILED TO PAY TRAFFIC FINE(PENALTY) SUSPENSION CITATION NUMBER: AH03JDE COUNTY COURT ACTION | 09-04-2024 | 09-09-2024 | |

### Violations

| Violation Number | Offense Date | Disposition Date | County | State | Points | Citation# | Description | Added To Record | CMV | School Elected |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06-10-2022 | 08-23-2023 | MIAMI-DADE | FL | 0 | AH03JDE | 316.0083 RED LIGHT CAMERA ADJUDICATION WITHHELD BY JUDGE MAGISTRATE COURT | 08-24-2023 | NO | NO |

### Correspondences

| Action Date | County | State | Citation Number | Description |
|---|---|---|---|---|
| 12-29-2010 | MIAMI-DADE | | | ADJUDICATION WITHHELD-CLERK CT (9) CONV DATE: 12-25-2010 |
| 04-18-2003 | MIAMI-DADE | | | ADJUDICATION WITHHELD-CLERK CT (9) CONV DATE: 03-29-2003 |



**FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES**

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
(DHSMV)
www.flhsmv.gov

---

## Driver Record # S530-819-83-028-0
## TARIK XAIVER SMITH

Any Out Of State Traffic Violations Reported Will Be Reflected On The Driver Record And Points Assessed In Accordance With Florida Statutes.

Operation Of A Motor Vehicle Constitutes Consent To Any Sobriety Test Required By Law.

Replacement License Required Within 30 Days Of Address Or Name Change.

In Compliance With Section 322.201, F.S., I Robert R. Kynoch, Director, Division Of Motorist Services, Department Of Highway Safety And Motor Vehicles, State Of Florida, Do Hereby Certify That I Am The Custodian Of The Records Of Said Division Of Motorist Services And That This Is A True And Correct Transcript Of The Above Named Subject's Driving Record As Taken From The Official Records On File In This Department.

*Robert R Kynoch*
Director

For Information On How To Read This Transcript Please Go To http://www.flhsmv.gov/ddl/readingfldriverrecord.pdf

For Frequently Asked Questions, Please Go To http://www.flhsmv.gov/ddl/abstract_questions.html

Date: 02/05/2025
Time: 09:13

**Honorable Doris Maloy, Tax Collector**

**Leon County Tax Collector's Office**

**P.O. Box 1835**
**Tallahassee,FL 32302-1835**

*It's Breezy,*
*Quick and Easy!*
Online and by Mail
www.leontaxcollector.net

www.leontaxcollector.net

**Customer Transaction Receipt**

| | | |
|---|---|---|
| Office: Southside Service Center | Payment Date: 02/05/2025   Total Amount of Transactions: | $16.25 |
| Receipt Number: 620 2024 0001303.0001 | Posting Date:   02/05/2025   Total Paid By Customer: | $16.25 |
| Paid By Name:   SMITH, TARIK  XAIVER | | |

PAYMENT DETAILS

| TYPE | DESCRIPTION | AMOUNT | | |
|---|---|---|---|---|
| CSH | CASH | 20.00 | Change Received: | $3.75 |

TRANSACTION DETAILS

| SEQUENCE NO. | AMOUNT | TYPE | DESCRIPTION | REFERENCE/ACCOUNT |
|---|---|---|---|---|
| 0001303.0001 | 16.25 | Payment | FDLIS Drivers License | 24936820 |

| | | |
|---|---|---|
| Transaction Count | 1 | |
| | Total Cash Amount | 16.25 |
| | Total Check Amount | .00 |
| | Total Tendered Amount | 16.25 |
| | Transaction Total | 16.25 |

# EXHIBIT B

USPS Certified mail #9589 0710 5270 1214 0689 75

April 10, 2025

RICHARD E. GERSTEIN JUSTICE BUILDNG
1351 N.W. 12th Street Building 5 Room 7
Miami, Florida 33125

Department of Justice/Pam Bondi
950 Pennsylvania Avenue, NW
Washington, Dc 20530

President Donald Trump
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

U.S. Department of Treasury/ Patricia Collins
1500 Pennsylvania Ave.
Washington, D.C. 20220

Re: Demurrer for Traffic Violation of 5 Citation- Tarik Smith/Case numbers: (AL2BICE,
AL2CX9E, AL2CAIE, AL2BIFE, AL2CXAE)

Dear Judge Nunez,

I　　　　　the executor is writing to submit a demurrer in response to the citation issued
against me and my estate for allegedly running a stop sign, traveling with suspend license
violation etc., without my consent. I respectfully request the court's attention to the
following points, drawing upon lawful precedents that call into question constitutionality
and authority of traffic codes in the context of individual rights.

1. Marbury v. Madison (1803):

Marbury v. Madison (1803) sets the precedent that laws, rules, and practices consistent
with the Constitution are null and void. As the supreme law of the land, the Constitution
serves as the guiding principle for all legal and regulatory frameworks. Any statue or
regulation that contradicts principles must be deemed null and void. In the context of
traffic regulations. Which I stand on saying any enforcement that exceeds the
constitutional boundaries established by Marbury v. Madison is inherently unlawful.

2. Rodriques v. Ray Donovan (1985):

In Rodriques v Ray Donovan (1985), it was established that codes, rules, and regulations are intended for bureaucrats and elected officials and do not inherently extended to control the behavior of the public. As living souls, it is clear for us to understand that these regulations lack the lawful authority to govern the conduct of private living people (Floridians). Therefore, I Tarik: Smith contend that the enforcement of such codes upon private living people (Floridians) is unconstitutional, as it exceeds the intended scope of these regulations.

3. Constitutionality and Due Process:

All codes, rules, and regulations, as applied to individuals, are to be unconstitutional and lack due process. The principle enshrined in WE THE PEOPLE Constitution safeguard private living people (Floridians). against arbitrary and capricious actions by the government. The application of traffic codes to individuals without due consideration for individual rights is a violation of the due process clause, as it infringes upon the fundamental liberties of private living, Floridian people without adequate lawful recourse.

In light of aforementioned lawful principles, i respectfully request that the court dismiss the charges against me and my estate, as the basis for the citation rooted in regulations that lack constitutional authority over private (Floridians) individuals. I trust that the court will consider the case ruling with the gravity they deserve and ensure that justice is served in accordance with the principles enshrined in the Constitution.

I have also attached documents that were sent to the companies and their representatives whereas we are working to resolve these private trust matters.

Thank you for your attention to this matter.

Respectfully submitted,

Tarik: Smith Executor
All Rights Reserved without Recourse

# Affidavit of Truth

Mailing location:
Tarik: Smith
4450 north west 169th Street
Miami, Florida state Republic [33055]

SECRETARY STATE OF FLORIDA
CORD BYRD
R.A. GRAY BUILDING
500 South Bronough Street
Tallahassee, Florida 32399-0250

Cc: Clerk of the Court and Comptroller of Miami-Dade County
Juan Fernandez
73 W. Flager Street
Miami, Florida [33055]

I Tarik: Smith the living man was traveling headed to my destination. When was pulled over with some red and blue emergency lights on. I was asked for personal information. Being under duress I gave my passport. I was asked to provide personal information so that the officer can contract with me. In which I never gave implied consent for officer E. RUADEZ, badge number: 10635 troop unit number: M3603 to access my Estate nor to use my name. At any time I was not doing any commercial transactions/activities. I have attach my letter that was sent of March 5, 2025 to the Florida Department of Highway Safety and Motor Vehicles, Director Robert R. Kynoch to rescind the driver license application. I do not wish to contract with the Metro Dade nor the officer E. RUADEZ. or any state of courts, companies etc.. Please remove all presentments attached and to my estate. And if any bonds created liquidated them and send a letter of confirmation to the in care of address listed above. Please correct all within 5 Days of receiving this Notice.

## See attachments

1. Declaration of naturalization
2. Letter of instructions to director Robert R. Kynoch
3. Power of attorney
4. Common Law Copyright Notice
4. 5 tickets/presentments to be rescind/cancel
5. Notice of fee schedule

Thank you,
All rights reserved, Without Prejudice

BY: _____

Tarik: Smith Authorized Representative





## The United States of America
## The Florida Assembly

# Declaration of the Naturalization Act of July 1779

Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

I declare that I am the owner and operator of my vessels on Earth from the moment my zygote first formed, together with all DNA and all substance matter in any way associated with me and my incarnation, and I further declare that I accept my divine origin and all honor, right, title, and material interests I am owed;

I declare my political status as an American state national born within the physical borders of: Florida;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all Powers of Attorney granted by me or issued under my name prior to this day;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all and any allegiance to any earthly king or prince, any foreign state, foreign government, flag or thing;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any foreign sovereign or separated myself from my birthright political status;

I declare, publish, and affirm under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that my house is established on Your County and my home is established on Florida and no other presumption or impersonation is allowed;

I declare under the aforementioned penalties that I am a Lawful Inheritor, Landlord, Keeper, and Guardian of the Rightful and Lawful Government of this country, acting with Full Right, Authority, Responsibility and Honor, now and always while my tenure on Earth shall last---- and I present this Declaration of the Naturalization Act of 1779 and place it upon the Public Record of the Florida Assembly.

This Declaration is valid, true, correct and complete in all jurisdictions of law: air, land, and sea. So signed and sealed this _____ day of the month of November and the year of 2022.

All Rights Reserved, Without Prejudice.

By: _____ © Tarik Xavier Smith

### Witness Verification by Public Notary or State Recording Secretary

Florida State         )

Miami-Dade County        )

I, a Public Notary or Recording Secretary, was visited by one of the people Tarik Xavier Smith whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this _____ day of November in the year of 2022.

By: _____ ©; My commission expires _____ .

Official Seal
Isa Barbara Sablon
Fl43-2021-1HCA6-614PU
Commission expires at end of life

Certified Mail Return# 9590 9402 9208 4295 5820 13

Florida Department of Highway Safety and Motor Vehicles
1800 66th St N,
Saint Petersburg, Florida 33710
727/464-7777
Robert R. Kynoch, Director

Mailing Location:
Tarik Xaiver Smith
c/o 4450 NW 169th Terrace
Miami, Florida [33055]
DOB: 01-28-1983
LICENSE/ID# S530-819-83-028-0

Date: March 5, 2025

Re: Driver License and ID Cancelation in Florida state

Dear Robert R. Kynoch, Director

I Tarik: Smith the living soul/man hereby withdraw and rescind all signatures, applications and enrollments as a "Driver Licensee and ID holder." I have no natural interest in waving my God giving rights also rights under the constitution to travel and to give it to a private corporation under their contracts. No state of government cannot take a fundamental right or "liberty" that a civilian has and turn it into something that requires a license and fee to exercise, essentially making it a "privileged" instead of a right; see Supreme court case Murdock v. Pennsylvania. I wish for a response CONFIRMING CANCELLATION of my PRIOR Driver license and Identification card via email: Tariksmith@Yahoo.com.au or mail a letter to the address location above within 5 business days of receiving this letter. Also, please liquidate all bonds attach. If any of this cannot be granted, please include the Full name, address, and phone contact to the Trustee that I can contact to liquidate the bonds that's attach to this account.

Thank you,

All Rights Reserved. Without prejudice.
By: _Tarik Smith, Authorized Agent_
Tarik: Smith

POA-02062024-5

# POWER OF ATTORNEY
## LIMITED

**Know All Men by These Presents:** That I, TARIK XAIVER SMITH, the DEBTOR, corporate entity, and 'ens legis,' the undersigned, hereby make, constitute and appoint Tarik-Xaiver: Smith, herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawful Attorney-in-fact for me and in my corporate capacity (LLC), place in stead and for my personal and commercial use and benefit:

1.      To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the DEBTOR; TARIK XAIVER SMITH, (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2.      To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choices in action and other property in possession or where a security interest is established and to or in other actions;

3.      To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR – TARIK XAIVER SMITH; to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf;

4.      To open any Checking accounts whereupon being 'closed,' to discharge any fines, fees, taxes and debts via adjustment and set-off;

5.      To create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

6.      To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto me said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was

Page 1 of 2

POA-02062024-5

personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-in-Fact shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquired by me as the 'ENS LEGIS/LLC and wherever situate, and as evidenced by a filed security interest.

My said Attorney-in-Fact: Tarik-Xaiver: Smith is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said Attorney-in-Fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit - with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this 14th day of February, 2024 of the Common Era (CE)

/S/ _____
    TARIK XAIVER SMITH

                                            Secured Party

                              /S/ _____

Tarik-Xaiver: Smith

## ACKNOWLEDGEMENT

Republic State of Florida,            )
                                      )Scilicet.
Organic County of Miami-Dade.)

SUBSCRIBED TO AND SWORN before me this 14th day of February, 2024, a Notary, that TARIK XAIVER SMITH, personally appeared and known to me to be the man whose name is affixed to the foregoing instrument and acknowledged to be the same.

_____ Seal;
Public Notary in and for the Republic State
of Florida.
My Commission Expires: _____

JORGE LUIS MARQUEZ
MY COMMISSION # HH 232250
EXPIRES: May 30, 2026

## Common Law Copyright Notice

**Common Law Copyright Notice:** All rights reserved re; common-law copyright of trade name/trademark, TARIK XAIVER SMITH© as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 2001, by 'Tarik-Xaiver: Smith. Said trade names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Tarik-Xaiver: Smith as signified by the blue-ink signature of TARIK XAIVER SMITH, hereinafter 'Secured Party. 'With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in blue-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of TARIK XAIVER SMITH©, and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is accommodation party, and a surety for the purported DEBTOR, i.e. "TARIK XAIVER SMITH©" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by DEBTOR, i.e. "TARIK XAIVER SMITH©" in Hold-harmless and Indemnity Agreement No. HHIA-012345678 dated at the time of notarizing; against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by DEBTOR for any and every reason, purpose, and cause whatsoever. Self-Executing Contract/Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of 'TARIK XAIVER SMITH©', other than authorized use as set forth above; constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a DEBTOR and 'TarikXaiver: Smith'is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade name/trademark used, per each occurrence of use (violation/ infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, 'TARIK XAIVER SMITH©'; (2) authenticates this Security Agreement wherein User is DEBTOR and 'Tarik-Xaiver: Smith' is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and 'Tarik-Xaiver: Smith'is Secured Party; (4)

1 of 3

**Common Law Copyright Notice**

consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms, 'with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-Executing Contract/Security Agreement in Event of Unauthorized Use.

**Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-Executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. Payment Terms: In accordance with fees for unauthorized use of "TARIK XAIVER SMITH©," as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice," itemizing said fees, as sent and received by tort feasor.

## Common Law Copyright Notice

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

**Record Owner:** TARIK XAIVER SMITH Autograph Common Law Copyright 2001.

**Record Owner:** Secured Party/Creditor; 'Tarik-Xaiver: Smith', autograph common law copyright:

**Copyrighted Date:** February 14th, 2024.

**All Rights Reserved/Without Prejudice**

_____ Tarik-Xaiver: Smith; Secured Party,
Authorized Representative, Attorney-In-Fact For TARIK XAIVER SMITH©, Ens legis

**VERIFICATION**

**Republic State of Florida ,** )

)Scilicet.

**Organic County of Miami-Dade. )**

**SUBSCRIBED TO AND SWORN** before me this 14 day of February, 2024, a Notary, that Tarik-Xaiver: Smith, personally appeared before and affixed his signature to the foregoing instrument.

_____ Seal;
**Public Notary in and for the Republic State of Florida**
**My Commission Expires:** _____

JORGE LUIS MARQUEZ
MY COMMISSION # HH 232250
EXPIRES: May 30, 2026

FLORIDA UNIFORM TRAFFIC CITATION          **AL2CX9E**

COUNTY OF
1) MIAMI-DADE
CITY (IF APPLICABLE)

☐ (1) F.H.P.   ☐ (2) P.D.   ☒ (3) S.O.   ☐ (4) OTHER

AGENCY NAME   MIAMI-DADE PD

AGENCY #   FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:14 | ☒ P.M. |

NAME (PRINT) FIRST: TARIK   MIDDLE: XAIVER   LAST: SMITH

STREET: 1450 NW 169 TER        IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ▶

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

TELEPHONE NUMBER:

| DATE OF BIRTH | MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|

DRIVER LICENSE NUMBER: S530619630260

| STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|
| FL | E | ☐YES ☒NO | 2032 | ☐YES ☒NO |

| MOTOR VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2007 | CHEV | 4D | WHI | ☐YES ☒NO |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥ 16 PASSENGERS |
|---|---|---|---|---|
| JCC1308 | | FL | 2024 | ☐YES ☒NO |

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

MOTORCYCLE: ☐YES ☒NO

COMPANION CITATION NUMBER(S): ☒YES ☐

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE: _____

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.

BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
FAILURE TO PROVIDE REGISTRATION/TEMPORA

RE-EXAM: ☐YES ☒NO
PL. SEIZED: ☐YES ☒NO

| SECTION | SUB-SECTION |
|---|---|
| 320.0605 | |

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐YES ☒NO | ☐YES ☒NO | ☐YES ☒NO | ☐YES ☒NO | ☐YES ☒NO |

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 129.00          **AL2CX9E**

COURT INFORMATION _____   DATE _____   TIME _____

SEE INSTRUCTIONS.        COURT _____

LOCATION
(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

CITATION DELIVERED TO _____   DATE _____
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. IF I FAIL OR REFUSE TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT) _____

| SIGNATURE OF OFFICER | BADGE NO. | ID NO. | TROOP UNIT |
|---|---|---|---|
| PO. E. RUADEZ | 10635 | 10635 | M3603 |

OFFICER'S NAME _____

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 70901 (Rev. 01/22)

---

If you were charged with a civil infraction, you must complete one of the following options within **30 calendar days** of the date of this citation. If you fail to comply within **30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____   ASSIGNED DHSMV AGENCY #: _____

Signed: _____

Page 1 of 2   No clerk if No contact trys) 3/11/25   Page 2 of 2

**FLORIDA UNIFORM TRAFFIC CITATION**    AL2BICE

COUNTY OF
(1) MIAMI-DADE
CITY (IF APPLICABLE)

☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER

AGENCY NAME  MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☐ A.M. ☒ P.M. |

NAME (PRINT) FIRST: TARIK   MIDDLE: XAIVER   LAST: SMITH

STREET: 4450 NW 169 TER    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ►

CITY: MIAMI GARDENS   STATE: FL   ZIP CODE: 33055

TELEPHONE NUMBER:    DATE OF BIRTH: MO 01 DAY 28 YR 1983   RACE: B   SEX: M   HGT: 5'06"

DRIVER LICENSE NUMBER: S530819830280

| STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|
| FL | E | ☐ YES ☒ NO | 2032 | ☐ YES ☒ NO |

YR VEHICLE: 2007   MAKE: CHEV   STYLE: 4D   COLOR: WHI   PLACARDED HAZARDOUS MATERIAL: ☐ YES ☒ NO

VEHICLE LICENSE NO.: JCC1308   TRAILER TAG NO.:   STATE: FL   YEAR TAG EXPIRES: 2024   ≥ 16 PASSENGERS: ☐ YES ☒ NO

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

MOTORCYCLE: ☐ YES ☒ NO
COMPANION CITATION NUMBER(S): ☐ YES ☒ NO

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION:**

☐ UNLAWFUL SPEED _____ MPH  SPEED APPLICABLE _____ MPH
  (☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT.)

SPEED MEASUREMENT DEVICE: _____

☐ CARELESS DRIVING
☐ CHILD RESTRAINT
☐ EXPIRED DRIVER LICENSE SIX MONTHS OR LESS
☐ VIOLATION OF TRAFFIC CONTROL DEVICE  ☐ SAFETY BELT VIOLATION
☐ FAILURE TO STOP AT A TRAFFIC SIGNAL  ☐ IMPROPER OR UNSAFE EQUIPMENT
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ IMPROPER LANE CHANGE OR COURSE  ☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ NO VALID DRIVER LICENSE
☐ NO PROOF OF INSURANCE  ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS  ☐ DRIVING UNDER THE INFLUENCE
☐ VIOLATION OF RIGHT-OF-WAY  ☒ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
☐ Passenger Under 18 Yrs.
☐ IMPROPER PASSING    BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
WLS "KNOWING OF VIOLATION"

RE-EXAM: ☐ YES ☒ NO
DL SEIZED: ☐ YES ☒ NO

☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE   SECTION 322-34   SUB-SECTION (2)

VSH:   PROPERTY DAMAGE ☐ YES ☒ NO  ☐ YES   INJURY TO ANOTHER ☒ NO  ☐ YES   SERIOUS BODILY INJURY TO ANOTHER ☒ NO  ☐ YES   FATAL ☐ YES ☒ NO

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

ALL PENALTY IS $  **MANDATORY COURT**   AL2BICE

COURT INFORMATION    DATE _____    TIME _____

TO BE SET

COURT _____

LOCATION _____

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS: _____

LIST DELIVERED TO: _____   DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. SUCH REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

FO. E. RUADEZ   10635   10635   M3603

SIG. NAME OF OFFICER   BADGE NO.   ID. NO.   TROOP UNIT

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

(V.75901 (REV. 06/23)

---

**IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE**

If you were charged with a civil infraction, you must complete one of the following options within 30 calendar days of the date of this citation. If you fail to comply within 30 calendar days, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You will be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

**FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE**
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____   ASSIGNED DHSMV AGENCY #: _____

Signed: _____

## FLORIDA UNIFORM TRAFFIC CITATION AL2CXAE

COUNTY OF
'1) MIAMI-DADE

CITY (IF APPLICABLE)

☐ (1) F.H.P. ☐ (2) P.D. ☒ (3) S.O. ☐ (4) OTHER

AGENCY NAME  MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | ☐ A.M. |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:14 | ☒ P.M. |

NAME (PRINT) FIRST  TARIK    MIDDLE  XAIVER    LAST  SMITH

STREET  1450 NW 169 TER    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE

CITY  MIAMI GARDENS    STATE  FL    ZIP CODE  33055

| TELEPHONE NUMBER | DATE OF BIRTH MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|

DRIVER LICENSE NUMBER  S530879630280

| | STATE FL | CLASS E | CDL LICENSE ☐ YES ☒ NO | YR LICENSE EXP. 2032 | COMMERCIAL VEHICLE ☐ YES ☒ NO |
|---|---|---|---|---|---|

| YR VEHICLE 2007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. JGC1308 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2024 | ≥ 16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

MOTORCYCLE  ☐ YES ☒ NO

CCC — TION CITATION NUMBER(S)  ☒ YES ☐ NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.  CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ FAILURE TO STOP AT A TRAFFIC SIGNAL
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.

BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
NO MOTOR VEHICLE REGISTRATION

RE-EXAM  ☐ YES ☒ NO
DL SEIZED  ☐ YES ☒ NO

☐ AGGRESSIVE DRIVING    IN VIOLATION OF STATE STAT.
SECTION  320.02    SUB-SECTION  (1)

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $  MANDATORY COURT    AL2CXAE

COURT INFORMATION

TO BE SET

DATE _____    TIME _____

COURT _____

LOCATION _____

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

CITATION DELIVERED TO _____    DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS, SPECIFIED IN THIS CITATION. MY REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN MY ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT)

| PC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| ID/K NAME OF OFFICER | BADGE NO. | ID/NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHAP — ABOVE

IV 75901 (Rev. 04/22)

---

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options within 30 calendar days of the date of this citation. If you fail to comply within 30 calendar days, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You will be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____    ASSIGNED DHSMV AGENCY #: _____

Signed: _____

No cmort NO contract TA5+ BY: Jui-AA 3/11

**IMPORTANT INSTRUCTIONS REGARDING A NON CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE**

If you were charged with a civil infraction, you must complete one of the following options within **30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you **do not** hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you **do not** hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

**FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE**
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____ ASSIGNED DHSMV AGENCY #: _____

Signed: _____

---

**FLORIDA UNIFORM TRAFFIC CITATION**　　　**AL2CAIE**

COUNTY OF　　□ (1) F.H.P.　□ (2) P.D.　☒ (3) S.O.　□ (4) OTHER

1) MIAMI-DADE

CITY (IF APPLICABLE)　　AGENCY NAME MIAMI-DADE PD

AGENCY # FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON　SUMMONS (VIO...)

| DAY OF WEEK | MONTH | DAY | YEAR | TIME | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:13 | □ A.M. ☒ P.M. |

NAME (PRINT) FIRST: TARIK　　MIDDLE: XAIVER　　LAST: SMITH

STREET: 4450 NW 169 TER　　IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ►

CITY: MIAMI GARDENS　　STATE: FL　　ZIP CODE: 33055

TELEPHONE NUMBER:　DATE OF BIRTH: MO 01 DAY 28 YR 1983　RACE: B　SEX: M　HGT: 5'06"

DRIVER LICENSE NUMBER: S530819830280　STATE: FL　CLASS: E　COL LICENSE: □ YES ☒ NO　YR. LICENSE EXP: 2032　COMMERCIAL VEHICLE: □ YES ☒ NO

YR. VEHICLE: 2007　MAKE: CHEV　STYLE: 4D　COLOR: WHI　PLACARDED HAZARDOUS MATERIAL: □ YES ☒ NO

VEHICLE LICENSE NO.: JCC1308　TRAILER TAG NO.:　STATE: FL　YEAR TAG EXPIRES: 2024　≥ 16 PASSENGERS: □ YES ☒ NO

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY: NW 49TH AVE AND NW 173RD DR　　MOTORCYCLE: □ YES ☒ NO

COMPANION CITATION NUMBER(S): ☒ YES □ NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

□ UNLAWFUL SPEED _____ MPH　SPEED APPLICABLE _____ MPH
　□ INTERSTATE　□ SCHOOL ZONE　□ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE: _____

□ CARELESS DRIVING　□ CHILD RESTRAINT　□ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS

□ FAILURE TO STOP AT A TRAFFIC SIGNAL　□ IMPROPER OR UNSAFE EQUIPMENT　□ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS

□ IMPROPER LANE CHANGE OR COURSE　☒ EXPIRED TAG SIX (6) MONTHS OR LESS　□ NO VALID DRIVER LICENSE

□ NO PROOF OF INSURANCE　☒ EXPIRED TAG MORE THAN SIX (6) MONTHS　□ DRIVING UNDER THE INFLUENCE

□ VIOLATION OF RIGHT-OF-WAY　☒ DRIVING WHILE LICENSE SUSPENDED OR REVOKED　□ Passenger Under 18 Yrs.

□ IMPROPER PASSING　　BAL. _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE: DL NOT CARRIED/EXHIBIT ON DEMAND/ MUTIL.

RE-EXAM: □ YES ☒ NO
DL SEIZED: □ YES ☒ NO

□ AGGRESSIVE DRIVING　IN VIOLATION OF STATE STATUTE: SECTION 322.15　SUB-SECTION (1)

CRASH: □ YES ☒ NO　PROPERTY DAMAGE: □ YES ☒ NO　INJURY TO ANOTHER: □ YES ☒ NO　SERIOUS BODILY INJURY TO ANOTHER: □ YES ☒ NO　FATAL: □ YES ☒ NO

□ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

□ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

□ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 129.00　　　AL2CAIE

COURT INFORMATION:　DATE _____　TIME _____

**SEE INSTRUCTIONS**

COURT _____

LOCATION _____

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS: _____

ARREST DELIVERED TO: _____　DATE: _____
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. A CITATION IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS HANDLING OF INFRACTION REQUIRES APPEARANCE IN COURT)

OFC. E. RUADEZ　　10635　　10635　　M3603
RANK - NAME OF OFFICER　　BADGE NO.　ID. NO.　TROOP UNIT

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 70901 (Rev. 06/21)

*(handwritten)* do consent "No contract first 3/11/2025

**INFRACTION NOT REQUIRING A COURT APPEARANCE**

If you were charged with a civil infraction, you must complete one of the following options within 30 calendar days of the date of this citation. If you fail to comply within 30 calendar days, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You will be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

**FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE**
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____   ASSIGNED DHSMV AGENCY #: _____

Signed: _____

---

**LORIDA UNIFORM TRAFFIC CITATION**     AL2BIFE

| OUNTY OF | | | |
|---|---|---|---|
| 1) MIAMI-DADE | ☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER | | |

AGENCY NAME   MIAMI-DADE PD

AGENCY #   FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS, FIRST AND REASONABLE PROBABLE CAUSE TO BELIEVE AND DOES CERTIFY THAT ON

SUMMONS

| DAY OF WEEK | MONTH | DAY | YEAR | | ☐ A.M. |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☒ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| TARIK | XAIVER | SMITH |

STREET     IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ►
1450 NW 169 TER

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH | MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | S530819830280 | STATE FL | CLASS E | COL LICENSE ☐ YES ☒ NO | YR. LICENSE EXP. 2032 | COMMERCIAL VEHICLE ☐ YES ☒ NO |
|---|---|---|---|---|---|---|

| YR VEHICLE 2007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. JCC1308 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2024 | ≥ 16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

| UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY NW 49TH AVE AND NW 173RD DR | MOTORCYCLE ☐ Y ☒ NO |
|---|---|
| | COMPANION CITATION NUMBER(S) ☒ YES ☐ NO |

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT)

SPEED MEASUREMENT DEVICE: _____

| ☐ CARELESS DRIVING | ☐ CHILD RESTRAINT | ☐ EXPIRED DRIVER LICENSE SIX (6) MTHS OR LESS |
|---|---|---|
| ☐ VIOLATION OF TRAFFIC CONTROL DEVICE | ☐ SAFETY BELT VIOLATION | ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS |
| ☐ FAILURE TO STOP AT A TRAFFIC SIGNAL | ☐ IMPROPER OR UNSAFE EQUIPMENT | ☐ NO VALID DRIVER LICENSE |
| ☐ IMPROPER LANE CHANGE OR COURSE | ☐ EXPIRED TAG SIX (6) MONTHS OR LESS | |
| ☐ NO PROOF OF INSURANCE | ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS | ☐ DRIVING UNDER THE INFLUENCE |
| ☐ VIOLATION OF RIGHT-OF-WAY | ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED | ☐ Passenger Under 18 Yrs. |
| ☐ IMPROPER PASSING | | BAL _____ |

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
RAN STOP SIGN

| RE-EXAM ☐ YES ☒ NO |
|---|
| DL SEIZED ☐ YES ☒ NO |

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 316.123 | SUB-SECTION (2)(A) |
|---|---|---|---|

| CRASH ☐ YES ☒ NO | PROPERTY DAMAGE ☐ YES $ _____ ☒ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO | FATAL ☐ YES ☒ NO |
|---|---|---|---|---|

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 179.00     AL2BIFE

| COST INFORMATION | DATE | TIME |
|---|---|---|

**SEE INSTRUCTIONS**

COURT

LOCATION
(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADITIONAL COMMENTS:

TEST DELIVERED TO _____   DATE _____

KNOW WHO I PROMISE TO COMPLY AND APPEAR TO THE HEARING AND DISTINGUISHED INDICATION ON THIS CITATION. I HEREBY REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| F.C. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| X - NAME OF OFFICER | BADGE NO. | NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE.

UV 75501 (Rev. 06/22)

To Whom It May Concern:

     The annexed **Notice of Intent – Fee Schedule** is a schedule of mandatory fees instated by the Secured Party Creditor, Tarik Xavier Smith ©, Authorized Representative on behalf of TARIK XAVIER SMITH ©, TARIK M. SMITH ©, and TARIK SMITH ©, Ens Legis. Tarik Xavier Smith do hereby set forth fees to be instated in any business dealing with TARIK XAVIER SMITH, TARIK M. SMITH and TARIK SMITH, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Tarik Xavier Smith, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Tarik Xavier Smith, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

So signed and sealed this __2 1__ day of November 2022.

All Rights Reserved. Without Prejudice.

By: _____ © Tarik Xavier Smith

American State National/Citizen,
Secured Party Lien Creditor,
Authorized Representative for
TARIK XAVIER SMITH, Ens Legis

**Witness Verification by Public Notary or State Recording Secretary**

Florida State    )

Miami-Dade County    )

I, a Public Notary or Recording Secretary, was visited by one of the people Tarik Xavier Smith whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this ____ day of November in the year of 2022.

By: _____ ©; My commission expires _____ .



Official Seal

**Private Easements Schedule**
Penalty for Private Use ................................... $   250,000

**Public Easements Schedule**
Penalty for Public Use .................................... $   250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. Name | $ | 50,000 |
| b. Driver's License Number | $ | 50,000 |
| c. Social Security Number | $ | 100,000 |
| d. Retinal Scans | $ | 5,000,000 |
| e. Fingerprinting | $ | 200,000 |
| f. Photographing | $ | 200,000 |
| g. DNA | $ | 5,000,000 |
| 1. Mouth swab | $ | 5,000,000 |
| 2. Blood samples | $ | 5,000,000 |
| 3. Urine samples | $ | 5,000,000 |
| 4. Breathalyzer testing | $ | 5,000,000 |
| 5. Hair samples | $ | 5,000,000 |
| 6. Skin samples | $ | 5,000,000 |
| 7. Clothing samples | $ | 5,000,000 |
| 8. Forced giving of fluids/samples | $ | 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---|
| a. Citations | $ | 60,000 |
| b. Warning issued on Paper Ticket | $ | 25,000 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| a. Time in court | $ | 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ | 500,000 |

Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,

| | | | |
|---|---|---|---|
| a. | Agency by Estoppel | $ | 50,000 |
| b. | Color of Law | $ | 150,000 |
| c. | Implied Color of Law | $ | 150,000. |
| d. | Criminal Coercion | $ | 500,000 |
| e. | Criminal Contempt of Court | $ | 500,000 |
| f. | Estoppel by Election | $ | 350,000 |
| g. | Estoppel by Laches | $ | 350,000 |
| h. | Equitable Estoppel | $ | 500,000 |
| i. | Fraud | $ | 1,000,000 |
| j. | Fraud upon the Court | $ | 2,000,000 |
| k. | Larceny | $ | 250,000 |
| l. | Grand Larceny | $ | 250,000 |
| m. | Larceny by Extortion | $ | 1,000,000 |
| n. | Larceny by Trick | $ | 1,000,000 |
| o. | Obstruction of Justice | $ | 100,000 |
| p. | Obtaining Property by False Pretenses | $ | 1,000,000 |
| q. | Simulating Legal Process | $ | 1,000,000 |
| r. | Vexatious Litigation | $ | 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ | 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ | 100,000 |
| u. | Seizure of Motor Conveyance | $ | 100,000 |
| v. | Theft of License Plate | $ | 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ | 50,000 |

Use of trade name protected material under threat, duress, and/ or coercion:

| | | | |
|---|---|---|---|
| a. | Name written by the informant | $ | 250,000 |

| | | | |
|---|---|---|---|
| b. | Driver's License written by informant | $ | 150,000 |
| c. | Social Security Number written by informant | $ | 150,000 |
| d. | Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | | |
|---|---|---|---|
| a. | Financial Information | $ | 100,000 |
| b. | Property inside of motor vehicle | $ | 150,000 |

**Time Usage for traffic stops:**

| | | | |
|---|---|---|---|
| a. | 30 minutes minimum | $ | 5,000 |
| b. | 60 minutes | $ | 10,000 |
| c. | 90 minutes | $ | 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in Court:**

| | | | |
|---|---|---|---|
| a. | My Appearance | | |
| | a.  Under Protest and Duress | $ | 75,000/hour |
| | b.  Voluntarily | $ | 10,000/hour |

**Use of Trade Name Material**

| | | | |
|---|---|---|---|
| a. | Name | | |
| | a)  Under Protest and Duress | $ | 25,000 |
| | b)  Voluntarily | $ | 10,000 |
| b. | Drivers License | | |
| | a)  Under Protest and Duress | $ | 25,000 |
| | b)  Voluntarily | $ | 10,000 |
| c. | Social Security Number | | |
| | a)  Under Protest and Duress | $ | 25,000 |
| | b)  Voluntarily | $ | 10,000 |

|  |  |  |
|---|---|---|
| d. Miscellaneous Material | $ | 25,000 |

**Produce any Personal Information for Any Kind of Business Interaction:**

|  |  |  |
|---|---|---|
| a. Financial Information | $ | 10,000 |
| b. Driver's License | $ | 10,000 |
| c. Social Security Number | $ | 250,000 |
| d. Any Documents Produced by Me | $ | 10,000 / doc |

**Time usage for court appearances:**

a. 30 minutes

|  |  |  |
|---|---|---|
| a. Under Protest and Duress | $ | 33,500 |
| b. Voluntarily | $ | 10,000 |

b. 60 minutes

|  |  |  |
|---|---|---|
| a. Under Protest and Duress | $ | 75,000 |
| b. Voluntarily | $ | 20,000 |

c. 90 minutes or more

|  |  |  |
|---|---|---|
| a. Under Protest and Duress | $ | 100,500 |
| b. Voluntarily | $ | 30,000 |

**Trespass-Fee Schedule**

Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

|  |  |  |
|---|---|---|
| a. Failure to honor God Given Rights | $ | 20,000 |
| b. Failure to honor Oath of Office | $ | 50,000 |
| c. Failure to honor Constitutional Oath | $ | 50,000 |
| d. Failure to honor Written and/or Oral Word | $ | 5,000 |
| e. Silence/Dishonor/Default | $ | 5,000 |
| f. Failure to honor /No Bond | $ | 5,000 |
| g. Phone call to telephone number used by Secured Party including from alleged debt collectors | $ | 5,000 each |

| | |
|---|---|
| dd. Forced giving of body fluids | $ 5,000,000 / day |
| ee. Forced injections/inoculations, vaccines | $ 5,000,000 / day |
| ff.  Forced separation from marriage contract | $ 160,000 / day |
| gg. Confiscation/kidnapping of a body not a US Citizen | $ 1,600,000 / day |
| hh. Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ 1,600,000 / day |
| ii.  Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity, or corporation | $ 6,000,000 per count or charge |
| jj.  Attempted extortion of signature | $ 6,000,000 per count or charge |
| kk. Attempted forgery of signature | $ 6,000,000 per count or charge |

*Per Occurrence and Includes any Third-Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

| | |
|---|---|
| Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping) | $ 50,000 |
| Services to others and/or Corporation(s):<br>    a. Studying | $ 500 per hour |

|  | while under threat, duress, coercion | $ | 75,000 per hour |

|  |  |  |  |
| --- | --- | --- | --- |
| b. Analyzing | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| c. Research | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| d. Preparing Documents | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| e. Answering Questions | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| f. Providing Information | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |

If invoiced, payment is due 15 days after receipt date.

Make all payments to:

Tarik Xavier Smith
In the care of: 4450 NW 169th Terrace
Miami, Florida [Postal Code Extension 33055]



## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** --- attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases,** Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States,** Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act,** 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act,** Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act,** Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large,** Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

**The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.   Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.**

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.



| | | | |
|---|---|---|---|
| h. | Telephone message left on Secured Party phone Service or equipment | $ | 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ | 5,000 each |
| j. | Time Waiting for Scheduled Service | $ | 1,000 min/hr |
| k. | Detention from Free Movement and/or cuffed | $ | 75,000 min/hr |
| l. | Incarceration | $ | 75,000 min/hr |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ | 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $ | 25,000 |
| o. | Failure to Present a Living Injured Party | $ | 100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $ | 100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ | 100,000* |
| r. | Default By Non Response or Incomplete Response | $ | 100,000* |
| s. | Fraud | $ | 1,000,000* |
| t. | Racketeering | $ | 1,000,000* |
| u. | Theft of Public Funds | $ | 1,000,000* |
| v. | Dishonor in Commerce | $ | 1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ | 1,000,000** |
| x. | Perverting of Justice Judgment | $ | 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-Xavier After One Warning (per each occurrence) | $ | 50,000 Each |
| z. | Forcing psychiatric evaluations | $ | 500,000 / day |
| aa. | Refusal to provide adequate and proper nutrition while incarcerated | $ | 50,000 / day |
| bb. | Refusal to provide proper exercise while incarcerated | $ | 50,000 / day |
| cc. | Refusal to provide proper dental care while Incarcerated | $ | 50,000 / day |

## Title 50, Sole Relief and Remedy...

http://uscode.house.gov/download.air...al/historicalarchives/pri20...2/21...2-sc50a.pdf

§ 7 TITLE 50, APPENDIX—WAR AND NATIONAL DEFENSE Page 18 ......(c) *continued*... or on behalf of, or for the benefit of any person or persons who shall have been determined by the President, after investigation, to be an enemy or ally of enemy, and which shall have been required to be conveyed, transferred, assigned, or delivered to the Alien Property Custodian or seized by him, and in lieu thereof to issue certificates or other instruments for such shares or other beneficial interest to the Alien Property Custodian or otherwise, as the Alien Property Custodian shall require. The sole relief and remedy of any person having any claim to any money or other property heretofore or hereafter conveyed, transferred, Page 19 TITLE 50, APPENDIX—WAR AND NATIONAL DEFENSE § 8 assigned, delivered, or paid over to the Alien Property Custodian, or required so to be, or seized by him shall be that provided by the terms of this Act [said sections], and in the event of sale or other disposition of such property by the Alien Property Custodian, shall be limited to and enforced against the net proceeds received therefrom and held by the Alien Property Custodian or by the Treasurer of the United States. (d) If not required to pay, convey, transfer, assign, or deliver under the provisions of subsection (c) of this section, any person not an enemy or ally of enemy who owes to, or holds for, or on account of, or on behalf of, or for the benefit of an enemy or of an ally of enemy not holding a license granted by the President hereunder, any money or other property, or to whom any obligation or form of liability to such enemy or ally of enemy is presented for payment, may, at his option, with the consent of the President, pay, convey, transfer, assign, or deliver to the alien property custodian said money or other property under such rules and regulations as the President shall prescribe. (e) No person shall be held liable in any court for or in respect to anything done or omitted in pursuance of any order, rule, or regulation made by the President under the authority of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix]. Any payment, conveyance, transfer, assignment, or delivery of money or property made to the alien property custodian hereunder shall be a full acquittance and discharge for all purposes of the obligation of the person making the same to the extent of same. The alien property custodian and such other persons as the President may appoint shall have power to execute, acknowledge, and deliver any such instrument or instruments as may be necessary or proper to evidence upon the record or otherwise such acquittance and discharge, and shall, in case of payment to the alien property custodian of any debt or obligation owed to an enemy or ally of enemy, deliver up any notes, bonds, or other evidences of indebtedness or obligation, or any security therefor in which such enemy or ally of enemy had any right or interest that may have come into the possession of the alien property custodian, with like effect as if he or they, respectively, were duly appointed by the enemy or ally of enemy, creditor, or obligee. The President shall issue to every person so appointed a certificate of the appointment and authority of such person, and such certificate shall be received in evidence in all courts within the United States. Whenever any such certificate of authority shall be offered to any registrar, clerk, or other recording officer, Federal or otherwise, within the United States, such officer shall record the same in like manner as a power of attorney, and such record or a duly certified copy thereof shall be received in evidence in all courts of the United States or other courts within the United States. (Oct. 6, 1917, ch. 106, § 7, 40 Stat. 416; Nov. 4, 1918, ch. 201, § 1, 40 Stat. 1020.) AMENDMENTS 1918—Subsec. (c). Act Nov. 4, 1918, amended subsec. (c) generally, inserting provisions on recording of property transfers, cancellation of enemy owned stock by corporations, and restriction of claims to relief provided by terms of the Act.





# EXHIBIT C

Certified USPS return # 9590940292084295582310

Notice of affidavit of Facts

May 8, 2025

Executor

Attn: Judge Kristy Nunez
Richard E. Gerstein Justice Bldg.
1351 N.W. 12th Street
Miami, Florida 33125

Good day,
I am respectfully requesting you, Kristy Nunez close, dismiss with prejudice and remove all fees and bench warrant attached. I have no contract with any corporate party attached to this claim. I have no interest in giving any consent to proceed in an administrative proceeding where I use my body, time or labor to pay for a claim which is being presented and performed by a clever scheme. Especially, whereas I'm looked at as the Estate entity name on documents and not as a living man. I am aware that you, officer E. Ruadez id# 10635, the State of Florida, etc., forcing me to come in and act as surety on behalf of a contract offer which I respectfully decline. I have attached my affidavit of truth with exhibits providing evidence of my truth as I come in peace, good faith, and clean hands and not willing to contract with any corporate party attached to this claim.

Please upon receipt of this letter within 3 days dismiss this claim with prejudice. Thank you for your time.

Exhibit A# Demurrer for Traffic violation sent to Judge K. Nunez April 10,2025
Exhibit B# Affidavit of Truth sent to the Secretary State of Florida
Exhibit C# My Declaration of Naturalization
Exhibit D# Driver License and Id cancellation letter dated March 5, 2025
Exhibit E# My Power of Attorney Limited over the entity, and 'ens legis'
Exhibit F# My Common Law Copyright Notice
Exhibit G# 5 citation with No consent No contract Trust written across the top dates 3/11/2025
Exhibit H# My Notice of Intent and Fee Schedule
Exhibit I# Return USPS Form 3811 to Judge Nunez with Marcella A. 04/15/2025

Executor/beneficiary

USPS Certified mail #9589 0710 5270 1214 0689 75

April 10, 2025

RICHARD E. GERSTEIN JUSTICE BUILDNG
1351 N.W. 12th Street Building 5 Room 7
Miami, Florida 33125

Department of Justice/Pam Bondi
950 Pennsylvania Avenue, NW
Washington, Dc 20530

President Donald Trump
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

U.S. Department of Treasury/ Patricia Collins
1500 Pennsylvania Ave.
Washington, D.C. 20220

Re: Demurrer for Traffic Violation of 5 Citation- Tarik Smith/Case numbers: (AL2BICE,
AL2CX9E, AL2CAIE, AL2BIFE, AL2CXAE)

Dear Judge Nunez,

I           the executor is writing to submit a demurrer in response to the citation issued
against me and my estate for allegedly running a stop sign, traveling with suspend license
violation etc., without my consent. I respectfully request the court's attention to the
following points, drawing upon lawful precedents that call into question constitutionality
and authority of traffic codes in the context of individual rights.

1. Marbury v. Madison (1803):

Marbury v. Madison (1803) sets the precedent that laws, rules, and practices consistent
with the Constitution are null and void. As the supreme law of the land, the Constitution
serves as the guiding principle for all legal and regulatory frameworks. Any statue or
regulation that contradicts principles must be deemed null and void. In the context of
traffic regulations. Which I stand on saying any enforcement that exceeds the
constitutional boundaries established by Marbury v. Madison is inherently unlawful.

2. Rodriques v. Ray Donovan (1985):

In Rodriques v Ray Donovan (1985), it was established that codes, rules, and regulations are intended for bureaucrats and elected officials and do not inherently extended to control the behavior of the public. As living souls, it is clear for us to understand that these regulations lack the lawful authority to govern the conduct of private living people (Floridians). Therefore, I Tarik: Smith contend that the enforcement of such codes upon private living people (Floridians) is unconstitutional, as it exceeds the intended scope of these regulations.

3. Constitutionality and Due Process:

All codes, rules, and regulations, as applied to individuals, are to be unconstitutional and lack due process. The principle enshrined in WE THE PEOPLE Constitution safeguard private living people (Floridians). against arbitrary and capricious actions by the government. The application of traffic codes to individuals without due consideration for individual rights is a violation of the due process clause, as it infringes upon the fundamental liberties of private living, Floridian people without adequate lawful recourse.

In light of aforementioned lawful principles, I respectfully request that the court dismiss the charges against me and my estate, as the basis for the citation rooted in regulations that lack constitutional authority over private (Floridians) individuals. I trust that the court will consider the case ruling with the gravity they deserve and ensure that justice is served in accordance with the principles enshrined in the Constitution.

I have also attached documents that were sent to the companies and their representatives whereas we are working to resolve these private trust matters.

Thank you for your attention to this matter.

Respectfully submitted,

Tarik: Smith Executor
All Rights Reserved without Recourse

# AFFIDAVIT OF THE FACTS

State of  *   )
            ) : ss
County *  )   .

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

"**In deed, no more than (affidavit) is necessary to make the prima facie case.**" United States v. Kis, 658 F.2nd, and 526 (7th Cir, 1981) Cert Denied, 50 U.SLW. 2169; U.S.L.W. March 22, 1982.

Affiant being of sound mind and over the age of twenty-one being first duly sworn under the penalty or perjury.  Certify on unlimited commercial liability that the contents are of affiant's own firsthand knowledge.  Affiant does solemnly swear, depose say and declare; that affiant has personal knowledge and belief of the facts stated herein.  That affiant is competent to state the matter set forth herein; that affiant has personal knowledge and belief of the facts stated herein; and all facts stated herein are true, correct, and complete, nor misleading, the truth, the whole truth, and nothing but the truth.

1) Affiant states that Affiant all statements, exhibit, law, and facts are true and correct.
2) Affiant states that there was a demurrer requesting to dismiss to lack of standing sent to the Judge Kristy Nunez certified mail and received by Marcella A. on 4/15/25
3) Affiant states that the commercial driver license contract was canceled null and void on November 30,2022
4) Affiant sent ticket/citation contract back to the state within 3 business days dated 3/11/2025 with No consent No contract trust written across the top and provided copies to the judge Kristy Nunez.
5) Affiant declined invitation/summons from Miami Dade county clerk of court to contract and was sent back with No consent No contract trust written on top signed and dated.
6) Affiant sent an affidavit that states that under duress he provided a passport.
7) Affiant were in communication with Florida Highway Safety and Motor Vehicles notice to remove all data and offset accounting before encounter on 3/10/25
8) Affiant hasn't injured anyone or damaged anyone property.

### An Affidavit unrebutted stands as Truth.

Affidavit uncontested unrebutted unanswered *[United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981);*

*Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982]*"Allegations in affidavit in support of

motion must be considered as true in absence of counter-affidavit." *[Group v Finletter, 108 F. Supp. 327*

*Federal case of Group v Finletter, 108 F. Supp. 327]*"Indeed, no more than affidavits is necessary to make the prima facie case." *[United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.SL. W. 2169; S. Ct. March 22, 1982]*AFFIDAVIT. A written or printed declaration or statement of facts, made voluntarily, and confirmed by the oath or affirmation of the party making it, taken before an officer having authority to administer such oath. *Cox v. Stern, 170 Ill. 442, 48 N.E. 906, 62 Am.St.Rep. 385; Hays v. Loomis, 84 Ill.* 18. A statement or declaration reduced to writing, and sworn to or affirmed before some officer who has authority to administer an oath or affirmation. *Shelton v. Berry, 19 Tex. 154, 70 Am.Dec. 326, and In re Breidt, 84 N.J.Eq. 222, 94 A. 214, 216.affidavit uncontested unrebutted unanswered - [United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S.Ct. March 22, 1982 1982]* "Indeed, no more than affidavits is necessary to make the prima facie case." *[United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982]* affidavit uncontested unrebutted unanswered *Morris v National Cash Register, 44 S.W. 2d 433 Morris v National Cash Register, 44 S.W. 2d 433,* clearly states at point #4 that "uncontested allegations in affidavit must be accepted as true." affidavit uncontested unrebutted unanswered *Morris vs. NCR, 44 SW2d 433 Morris v National Cash Register, 44 SW2d 433:* "An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law." Non Rebutted Affidavits are "Prima Facie Evidence in the Case,-- *"United States vs. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981);*"Indeed, no more than (Affidavits) is necessary to make the Prima Facie Case." -- Cert Denied, *50 U.S. L.W. 2169; S.Ct. March 22, 1982.*"Uncontested Affidavit taken as true in support of Summary Judgment." -- *Seitzer v. Seitzer, 80 Cal. Rptr. 688*"Uncontested Affidavit taken as true in Opposition of Summary Judgment." -- *Melorich Builders The SUPERIOR COURT v. of San Bernardino County (Serbia) 207 Cal.Rptr. 47 (Cal.App.4 Dist. 1984)* "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately." -- *U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d*

*1021, 1032; Carmine v. Bowen, 64 A. 932.*

WHEREFORE UPON Affiant was not contracting with the State of Florida, Miami Dade, nor the Miami Dade Clerk of Courts to be required to be stopped, search, detain, fined, be arrested, accept debt or any claim on the behalf of my beneficiary TARIK XAIVER SMITH Estate. Affiant did not and do not consent to transfer rights into privileges. Affiant stated he was under duress when pulled over from a car with emergency red and blue lights on at 11:12pm claiming affiant ran a stop signing with no authority to stop, search, nor request any information from the living man, Floridian/State national. Whereas the officer/employee Eduardo Ruadez badge#10635 for Miami Dade acting as a Judge, Jury, parent, God etc over me the living man. (see. Color of Law Title18 usc 241-242) whereas affidavit can't be rebutted. Giving Affiant the right to oppose actions in the court.

_____Autograph

## ACKNOWLEDGEMENT

State of _FLORIDA_ )

County _Miami Dade_ ) Scilicet

SUBSCRIBED TO AND SWORN before me this _8_ day of _May_ A.D. _2025_ 2025. A Notary,

That _TARIK SMITH_ personally appeared and known to me to be

The named subscribed to the within-instrument and acknowledge to be the same.

JORGE LUIS MARQUEZ
MY COMMISSION # HH 232250
Expires May 30, 2026

Notary Public in and for said State My commission expires; _May 30 2026_

USPS Certified mail #9589 0710 5270 1214 0689 75

April 10, 2025

RICHARD E. GERSTEIN JUSTICE BUILDNG
1351 N.W. 12th Street Building 5 Room 7
Miami, Florida 33125

Department of Justice/Pam Bondi
950 Pennsylvania Avenue, NW
Washington, Dc 20530

President Donald Trump
1600 Pennsylvania Avenue, NW
Washington, D.C. 20500

U.S. Department of Treasury/ Patricia Collins
1500 Pennsylvania Ave.
Washington, D.C. 20220

Re: Demurrer for Traffic Violation of 5 Citation- Tarik Smith/Case numbers: (AL2BICE, AL2CX9E, AL2CAIE, AL2BIFE, AL2CXAE)

Dear Judge Nunez,

I            the executor is writing to submit a demurrer in response to the citation issued against me and my estate for allegedly running a stop sign, traveling with suspend license violation etc., without my consent. I respectfully request the court's attention to the following points, drawing upon lawful precedents that call into question constitutionality and authority of traffic codes in the context of individual rights.

1. Marbury v. Madison (1803):

Marbury v. Madison (1803) sets the precedent that laws, rules, and practices consistent with the Constitution are null and void. As the supreme law of the land, the Constitution serves as the guiding principle for all legal and regulatory frameworks. Any statue or regulation that contradicts principles must be deemed null and void. In the context of traffic regulations. Which I stand on saying any enforcement that exceeds the constitutional boundaries established by Marbury v. Madison is inherently unlawful.

2. Rodriques v. Ray Donovan (1985):

In Rodriques v Ray Donovan (1985), it was established that codes, rules, and regulations are intended for bureaucrats and elected officials and do not inherently extended to control the behavior of the public. As living souls, it is clear for us to understand that these regulations lack the lawful authority to govern the conduct of private living people (Floridians). Therefore, I Tarik: Smith contend that the enforcement of such codes upon private living people (Floridians) is unconstitutional, as it exceeds the intended scope of these regulations.

3. Constitutionality and Due Process:

All codes, rules, and regulations, as applied to individuals, are to be unconstitutional and lack due process. The principle enshrined in WE THE PEOPLE Constitution safeguard private living people (Floridians). against arbitrary and capricious actions by the government. The application of traffic codes to individuals without due consideration for individual rights is a violation of the due process clause, as it infringes upon the fundamental liberties of private living, Floridian people without adequate lawful recourse.

In light of aforementioned lawful principles, i respectfully request that the court dismiss the charges against me and my estate, as the basis for the citation rooted in regulations that lack constitutional authority over private (Floridians) individuals. I trust that the court will consider the case ruling with the gravity they deserve and ensure that justice is served in accordance with the principles enshrined in the Constitution.

I have also attached documents that were sent to the companies and their representatives whereas we are working to resolve these private trust matters.

Thank you for your attention to this matter.

Respectfully submitted,

Tarik: Smith Executor
All Rights Reserved without Recourse

# Affidavit of Truth

Mailing location:
Tarik: Smith
4450 north west 169th Street
Miami, Florida state Republic [33055]

SECRETARY STATE OF FLORIDA
CORD BYRD
R.A. GRAY BUILDING
500 South Bronough Street
Tallahassee, Florida 32399-0250

Cc: Clerk of the Court and Comptroller of Miami-Dade County
Juan Fernandez
73 W. Flager Street
Miami, Florida [33055]

I Tarik: Smith the living man was traveling headed to my destination. When was pulled over with some red and blue emergency lights on. I was asked for personal information. Being under duress I gave my passport. I was asked to provide personal information so that the officer can contract with me. In which I never gave implied consent for officer E. RUADEZ, badge number: 10635 troop unit number: M3603 to access my Estate nor to use my name. At any time I was not doing any commercial transactions/activities. I have attach my letter that was sent of March 5, 2025 to the Florida Department of Highway Safety and Motor Vehicles, Director Robert R. Kynoch to rescind the driver license application. I do not wish to contract with the Metro Dade nor the officer E. RUADEZ. or any state of courts, companies etc.. Please remove all presentments attached and to my estate. And if any bonds created liquidated them and send a letter of confirmation to the in care of address listed above. Please correct all within 5 Days of receiving this Notice.

## See attachments

1. Declaration of naturalization
2. Letter of instructions to director Robert R. Kynoch
3. Power of attorney
4. Common Law Copyright Notice
4. 5 tickets/presentments to be rescind/cancel
5. Notice of fee schedule

Thank you,
All rights reserved, Without Prejudice

BY: _/Tari: Sm O_____
Tarik: Smith Authorized Representative

Certified Mail Return# 9590 9402 9208 4295 5820 13

Florida Department of Highway Safety and Motor Vehicles
1800 66th St N,
Saint Petersburg, Florida 33710
727/464-7777
Robert R. Kynoch, Director

Mailing Location:
Tarik Xaiver Smith
c/o 4450 NW 169th Terrace
Miami, Florida [33055]
DOB: 01-28-1983
LICENSE/ID# S590-819-83-028-0

Date: March 5, 2025

Re: Driver License and ID Cancelation in Florida state

Dear Robert R. Kynoch, Director

I Tarik Smith the living soul/man hereby withdraw and rescind all signatures, applications and enrollments as a "Driver Licensee and ID holder." I have no natural interest in waving my God giving rights also rights under the constitution to travel and to give it to a private corporation under their contracts. No state of government cannot take a fundamental right or "liberty" that a civilian has and turn it into something that requires a license and fee to exercise, essentially making it a "privileged" instead of a right, see Supreme court case Murdock v. Pennsylvania. I wish for a response CONFIRMING CANCELLATION of my PRIOR Driver license and Identification card via email: Tariksmth@Yahoo.com.au or mail a letter to the address location above within 5 business days of receiving this letter. Also, please liquidate all bonds attach. If any of this cannot be granted, please include the Full name, address, and phone contact to the Trustee that I can contact to liquidate the bonds that's attach to this account.

Thank you,

All Rights Reserved. Without prejudice
By: _____
Tarik Smith





## The United States of America
## The Florida Assembly

# Declaration of the Naturalization Act of July 1779

Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

I declare that I am the owner and operator of my vessels on Earth from the moment my zygote first formed, together with all DNA and all substance matter in any way associated with me and my incarnation, and I further declare that I accept my divine origin and all honor, right, title, and material interests I am owed;

I declare my political status as an American state national born within the physical borders of: Florida;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all Powers of Attorney granted by me or issued under my name prior to this day;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all and any allegiance to any earthly king or prince, any foreign state, foreign government, flag or thing;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any foreign sovereign or separated myself from my birthright political status;

I declare, publish, and affirm under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that my house is established on Your County and my home is established on Florida and no other presumption or impersonation is allowed;

I declare under the aforementioned penalties that I am a Lawful Inheritor, Landlord, Keeper, and Guardian of the Rightful and Lawful Government of this country, acting with Full Right, Authority, Responsibility and Honor, now and always while my tenure on Earth shall last---- and I present this Declaration of the Naturalization Act of 1779 and place it upon the Public Record of the Florida Assembly.

This Declaration is valid, true, correct and complete in all jurisdictions of law: air, land, and sea. So signed and sealed this 23 day of the month of November and the year of 2022.

All Rights Reserved. Without Prejudice.

By: _Tarik Xavier Smith_   © Tarik Xavier Smith

**Witness Verification by Public Notary or State Recording Secretary**

Florida State         )

Miami-Dade County     )

I, a Public Notary or Recording Secretary, was visited by one of the people Tarik Xavier Smith whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this _23rd_ day of November in the year of 2022.

By: _Isa Barbara Sablon_   ©: My commission expires _End of Life_

Official Seal
Isa Barbara Sablon
F143-2021-1HCA8 614PU
Commission expires at end of life

U.S. Postal Service Certified Mail# 9589 0710 5270 1214 0690 19

April 15, 2025

FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES
2900 Apalachee Parkway, Mail Stop 98
Tallahassee, Florida 32399-0500

To whom this may concern,

My name is ▮▮▮ ▮▮▮▮. I was told to surrender my Id Card to have this account close and offset. I have placed the Id card in this envelope to be surrendered as well as a copy of the email that I received back from my request. I didn't get full disclosure of what the License and Id card was created for. Now with the knowledge of what it is now I am requesting this account

and data be taken out the system.

Please send me a confirmation letter that the ID Card has been received, and the account is cleared up close and offset to the address above or to my email within 3 days of receiving this letter ▮ ▮ ▮ ▮. Thank you for your time and if there are any questions, please feel free to call 305-200-2425.

Respectfully submitted,

_____

All Rights Reserved

POA-02062024-5

# POWER OF ATTORNEY
# LIMITED

**Know All Men by These Presents:** That I, TARIK XAIVER SMITH, the DEBTOR, corporate entity, and 'ens legis,' the undersigned, hereby make, constitute and appoint Tarik-Xaiver: Smith, herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawful Attorney-in-fact for me and in my corporate capacity (LLC), place in stead and for my personal and commercial use and benefit:

1.      To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the DEBTOR; TARIK XAIVER SMITH, (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2.      To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choices in action and other property in possession or where a security interest is established and to or in other actions;

3.      To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR – TARIK XAIVER SMITH; to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf;

4.      To open any Checking accounts whereupon being 'closed,' to discharge any fines, fees, taxes and debts via adjustment and set-off;

5.      To create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

6.      To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

**GIVING AND GRANTING,** unto me said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was

Page 1 of 2

POA-02062024-5

personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-in-Fact shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquired by me as the 'ENS LEGIS/LLC and wherever situate, and as evidenced by a filed security interest.

My said Attorney-in-Fact: Tarik-Xaiver: Smith is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said Attorney-in-Fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit - with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this 14th day of February, 2024 of the Common Era (CE)

/S/ _Jane Doe John VCC 1-308_
TARIK XAIVER SMITH

                                              Secured Party

                                              /S/ _Jane Doe John VCC 1-308_

Tarik-Xaiver: Smith

## ACKNOWLEDGEMENT

**Republic State of Florida,**            )
                                          )Scilicet.
**Organic County of Miami-Dade.**)

**SUBSCRIBED TO AND SWORN before me this 14th day of February, 2024, a Notary, that TARIK XAIVER SMITH, personally appeared and known to me to be the man whose name is affixed to the foregoing instrument and acknowledged to be the same.**

_____ Seal;
Public Notary in and for the Republic State
of Florida;
My Commission Expires: _May 30 2026_

JORGE LUIS MARQUEZ
MY COMMISSION # HH 232250
EXPIRES: May 30, 2026

## Common Law Copyright Notice

**Common Law Copyright Notice:** All rights reserved re; common-law copyright of trade name/trademark, TARIK XAIVER SMITH© as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 2001, by 'Tarik-Xaiver: Smith. Said trade names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Tarik-Xaiver: Smith as signified by the blue-ink signature of TARIK XAIVER SMITH, hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in blue-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of TARIK XAIVER SMITH©, and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is accommodation party, and a surety for the purported DEBTOR, i.e. "TARIK XAIVER SMITH©" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by DEBTOR, i.e. "TARIK XAIVER SMITH©" in Hold-harmless and Indemnity Agreement No. HHIA-012345678 dated at the time of notarizing; against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by DEBTOR for any and every reason, purpose, and cause whatsoever. Self-Executing Contract/Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of 'TARIK XAIVER SMITH©', other than authorized use as set forth above, constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a DEBTOR and 'TarikXaiver: Smith' is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade name/trademark used, per each occurrence of use (violation/ infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, 'TARIK XAIVER SMITH©'; (2) authenticates this Security Agreement wherein User is DEBTOR and 'Tarik-Xaiver: Smith' is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and 'Tarik-Xaiver: Smith' is Secured Party; (4)

# Common Law Copyright Notice

consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms,'with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-Executing Contract/Security Agreement in Event of Unauthorized Use.

Default Terms: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-Executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

Terms for Curing Default: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. Payment Terms: In accordance with fees for unauthorized use of "TARIK XAIVER SMITH©," as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice," itemizing said fees, as sent and received by toit feasor.

2 of 3

## Common Law Copyright Notice

Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

Record Owner: TARIK XAIVER SMITH Autograph Common Law Copyright 2001.

Record Owner: Secured Party/Creditor; 'Tarik-Xaiver: Smith', autograph common law copyright:

Copyrighted Date: February 14th, 2024.

All Rights Reserved/Without Prejudice

_____ Tarik-Xaiver: Smith; Secured Party,
Authorized Representative, Attorney-In-Fact For TARIK XAIVER SMITH©, Ens legis

### VERIFICATION

Republic State of Florida ,           )
                                      )Scilicet.
Organic County of Miami-Dade, )

SUBSCRIBED TO AND SWORN before me this 14 day of February, 2024, a Notary, that Tarik-Xaiver: Smith, personally appeared before and affixed his signature to the foregoing instrument.                                                   Seal;

Public Notary in and for the Republic State of Florida
My Commission Expires: _____

JORGE LUIS MARQUEZ
MY COMMISSION # HH 232250
EXPIRES: May 30, 2028

3 of 3

**FLORIDA UNIFORM TRAFFIC CITATION**    AL2CX9E

COUNTY OF
1) MIAMI-DADE    ☐ (1) F.H.P  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER
CITY (IF APPLICABLE)
    AGENCY NAME  MIAMI-DADE PD
    AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:14 | ☒ P.M. |

NAME (PRINT) FIRST: TARIK   MIDDLE: XAIVER   LAST: SMITH

STREET: 3450 NW 169 TER    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ☐

CITY: MIAMI GARDENS   STATE: FL   ZIP CODE: 33055

TELEPHONE NUMBER:

| DATE OF BIRTH | MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|

DRIVER LICENSE NUMBER: S530619830280
STATE: FL   CLASS: E   COL LICENSE: ☐YES ☒NO   YR. LICENSE EXP.: 2032   COMMERCIAL VEHICLE: ☐YES ☒NO

| ≥ VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2007 | CHEV | 4D | WHI | ☐YES ☒NO |

VEHICLE LICENSE NO.: ICC1308   TRAILER TAG NO.:   STATE: FL   YEAR TAG EXPIRES: 2024   ≥ 16 PASSENGERS: ☐YES ☒NO

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

MOTORCYCLE: ☐YES ☒NO

COMPANION CITATION NUMBER(S): ☒YES ☐NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.  CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED ____  MPH SPEED APPLICABLE ____  MPH
(☐INTERSTATE  ☐SCHOOL ZONE  ☐CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE.

CARELESS DRIVING    ☐CHILD RESTRAINT    ☐EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
VIOLATION OF TRAFFIC CONTROL DEVICE    ☐SAFETY BELT VIOLATION
    ☐EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
IMPROPER LANE CHANGE OR COURSE    ☐EXPIRED TAG SIX (6) MONTHS OR LESS    ☐NO VALID DRIVER LICENSE
NO PROOF OF INSURANCE    ☐EXPIRED TAG MORE THAN SIX (6) MONTHS    ☐DRIVING UNDER THE INFLUENCE
VIOLATION OF RIGHT-OF-WAY    ☐DRIVING WHILE LICENSE SUSPENDED OR REVOKED    ☐Passenger Under 18 Yrs.
IMPROPER PASSING    BAL ____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
FAILURE TO PROVIDE REGISTRATION/TEMPORA

RE-EXAM: ☐YES ☒NO
DL SEIZED: ☐YES ☒NO

☐AGGRESSIVE DRIVING   INV. LOCATION OR STATE STATUTE
SECTION: 320.0605   SUB-SECTION:

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐YES ☒NO | ☐YES $ ____ ☒NO | ☐YES ☒NO | ☐YES ☒NO | ☐YES ☒NO |

CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 129.00    AL2CX9E

COURT INFORMATION

DATE ____    TIME ____

SEE INSTRUCTIONS ____

COURT ____

LOCATION ____

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

WAS DELIVERED TO ____    DATE ____

I PROMISE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. UNLAWFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| PC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| CLERK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

FV 75901 (Rev. 06/22)

---

## IMPORTANT INSTRUCTIONS FOR ORIGINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk ____ does ____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ ____ for this service. You may then mail or present this affidavit of compliance along with $ ____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: ____    ASSIGNED DHSMV AGENCY #: ____

Signed: ____

(Name, Title, ID #)

Page 1 of 2

**FLORIDA UNIFORM TRAFFIC CITATION**     AL2BICE

COUNTY OF
1) MIAMI-DADE

CITY (IF APPLICABLE)

☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER

AGENCY NAME  MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS
(VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☐ A.M. ☒ P.M. |

NAME (PRINT) FIRST: TARIK    MIDDLE: XAIVER    LAST: SMITH

STREET: 1450 NW 169 TER    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ➤

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

TELEPHONE NUMBER:    DATE OF BIRTH MO 01 DAY 28 YR 1983    RACE B   SEX M   HGT 5'06"

DRIVER LICENSE NUMBER: S530819830280

| | STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|
| | FL | E | ☐ YES ☒ NO | 2032 | ☐ YES ☒ NO |

| L VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 007 | CHEV | 4D | WHI | ☐ YES ☒ NO |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥ 16 PASSENGERS |
|---|---|---|---|---|
| CC1308 | | FL | 2024 | ☐ YES ☒ NO |

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

MOTORCYCLE ☐ YES ☒ NO

COMPANION CITATION NUMBER(S) ☐ YES ☒ NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
( ☐ INTERSTATE   ☐ SCHOOL ZONE   ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE: _____

- CARELESS DRIVING
- ☐ CHILD RESTRAINT
- ☐ EXPIRED DRIVER LICENSE SIX MONTHS OR LESS
- VIOLATION OF TRAFFIC CONTROL DEVICE ☐ SEAT BELT VIOLATION
- ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
- FAILURE TO STOP AT A TRAFFIC SIGNAL ☐ IMPROPER OR UNSAFE EQUIPMENT
- ☐ NO VALID DRIVER LICENSE
- IMPROPER LANE CHANGE OR COURSE ☐ EXPIRED TAG SIX (6) MONTHS OR LESS
- NO PROOF OF INSURANCE ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS ☐ DRIVING UNDER THE INFLUENCE
- VIOLATION OF RIGHT-OF-WAY ☒ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
- IMPROPER PASSING ☐ Passenger Under 18 Yrs. BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
WLS "KNOWING OF VIOLATION"

RE-EXAM ☐ YES ☒ NO
DL SEIZED ☐ YES ☒ NO

☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE   SECTION 322.34   SUB-SECTION (2)

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES $ | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ **MANDATORY COURT**     AL2BICE

COURT INFORMATION

DATE _____    TIME _____

TO BE SET

COURT _____

LOCATION _____

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS: _____

CITATION DELIVERED TO    DATE
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. UNLAWFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| FC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| NAME OF OFFICER | BADGE NO. | ID NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

V 75901 (Rev. 06/22)

---

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days,** your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver-license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____     ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, ID#)

FLORIDA UNIFORM TRAFFIC CITATION **AL2CXAE**

COUNTY OF
**1) MIAMI-DADE**

CITY (IF APPLICABLE)

- [ ] (1) F.H.P.  [ ] (2) P.D  [x] (3) S.O.  [ ] (4) OTHER

AGENCY NAME **MIAMI-DADE PD**

AGENCY # **FL0130000**

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:14 | [ ] A.M. [x] P.M. |

NAME (PRINT) FIRST **TARIK**  MIDDLE **XAIVER**  LAST **SMITH**

[ ] IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE

STREET **1450 NW 169 TER**

CITY **MIAMI GARDENS**  STATE **FL**  ZIP CODE **33055**

| TELEPHONE NUMBER | DATE OF BIRTH MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|

DRIVER LICENSE NUMBER **S530819830280**

| | STATE FL | CLASS E | CDL LICENSE [ ] YES [x] NO | YR LICENSE EXP. 2032 | COMMERCIAL VEHICLE [ ] YES [x] NO |
|---|---|---|---|---|---|

| R. VEHICLE 007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL [ ] YES [x] NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. ICC1308 | TRAILER TAG NO | STATE FL | YEAR TAG EXPIRES 2024 | ≥ 16 PASSENGERS [ ] YES [x] NO |
|---|---|---|---|---|

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
**NW 49TH AVE AND NW 173RD DR**

MOTORCYCLE [ ] YES [x] NO

OTHER THAN CITATION NUMBER(S) [x] YES [ ] NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
( [ ] INTERSTATE  [ ] SCHOOL ZONE  [ ] CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE _____

CARELESS DRIVING  [ ] CHILD RESTRAINT  [ ] EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
VIOLATION OF TRAFFIC CONTROL DEVICE  [ ] SAFETY BELT VIOLATION
FAILURE TO STOP AT A TRAFFIC SIGNAL  [ ] _____  [ ] EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
IMPROPER LANE CHANGE OR COURSE  [ ] EXPIRED TAG SIX (6) MONTHS OR LESS  [ ] NO VALID DRIVER LICENSE
NO PROOF OF INSURANCE  [ ] EXPIRED TAG MORE THAN SIX (6) MONTHS  [ ] DRIVING UNDER THE INFLUENCE
VIOLATION OF RIGHT-OF-WAY  [ ] DRIVING WHILE LICENSE SUSPENDED OR REVOKED
IMPROPER PASSING  BAL _____  [ ] Passenger Under 18 Yrs.

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
**NO MOTOR VEHICLE REGISTRATION**

RE-EXAM [ ] YES [x] NO
DL SEIZED [ ] YES [x] NO

[ ] AGGRESSIVE DRIVING  IN VIOLATION OF STATE STAT. SECTION **320.02** SUB-SECTION **(1)**

| CRASH [ ] YES [x] NO | PROPERTY DAMAGE [ ] YES $ _____ [x] NO | INJURY TO ANOTHER [ ] YES [x] NO | SERIOUS BODILY INJURY TO ANOTHER [ ] YES [x] NO | FATAL [ ] YES [x] NO |
|---|---|---|---|---|

CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ **MANDATORY COURT**  **AL2CXAE**

COURT INFORMATION _____
DATE _____  TIME _____

**TO BE SET**
COURT _____

LOCATION _____

**(305) 275-1111 | WWW.MIAMI-DADECLERK.COM**

OPTIONAL COMMENTS.

BEST DELIVERED TO _____  DATE _____
CITATION AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. LAWFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| P.C. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| K - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

IV 75901 (Rev. 06/22)

---

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do **not** hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do **not** hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____  ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, ID#)

No cmnt No contract Trust By: Joe-JA    3/19/2c

## FLORIDA UNIFORM TRAFFIC CITATION    AL2CAIE

**COUNTY OF** 1) MIAMI-DADE

TY (IF APPLICABLE)

☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER

AGENCY NAME  MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE

SUMMONS

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:13 | ☐ A.M. ☒ P.M. |

NAME (PRINT) FIRST: TARIK    MIDDLE: XAIVER    LAST: SMITH

IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE

STREET  450 NW 169 TER

CITY  MIAMI GARDENS    STATE  FL    ZIP CODE  33055

TELEPHONE NUMBER

DATE OF BIRTH  MO 01  DAY 28  YR 1983    RACE B    SEX M    HGT 5'06"

DRIVER LICENSE NUMBER  S530819830280

STATE FL    CLASS E    COL LICENSE ☐ YES ☒ NO    YR. LICENSE EXP. 2032

COMMERCIAL VEHICLE  ☐ YES  ☒ NO

YL VEHICLE 007    MAKE CHEV    STYLE 4D    COLOR WHI    PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO

VEHICLE LICENSE NO. CC1308    TRAILER TAG NO.    STATE FL    YEAR TAG EXPIRES 2024    ≥ 16 PASSENGERS ☐ YES ☒ NO

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY  NW 49TH AVE AND NW 173RD DR

MOTORCYCLE  ☐ YES  ☒ NO

COMPANION CITATION NUMBER(S)  ☒ YES  ☐ NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE:

CARELESS DRIVING

FAILURE TO STOP AT A TRAFFIC SIGNAL

IMPROPER LANE CHANGE OR COURSE

NO PROOF OF INSURANCE

VIOLATION OF RIGHT-OF-WAY

IMPROPER PASSING

☐ CHILD RESTRAINT

☐ IMPROPER OR UNSAFE EQUIPMENT

☐ EXPIRED TAG SIX (6) MONTHS OR LESS

☐ EXPIRED TAG MORE THAN SIX (6) MONTHS

☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS

☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS

☐ NO VALID DRIVER LICENSE

☐ DRIVING UNDER THE INFLUENCE

☐ Passenger Under 18 Yrs.

BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
L NOT CARRIED/EXHIBIT ON DEMAND/ MUTIL

RE-EXAM  ☐ YES  ☒ NO
DL SEIZED  ☐ YES  ☒ NO

☐ AGGRESSIVE DRIVING    IN VIOLATION OF STATE STATUTE    SECTION 322.15    SUB-SECTION (1)

CRASH ☐ YES ☒ NO    PROPERTY DAMAGE ☐ YES $_____ ☒ NO    INJURY TO ANOTHER ☐ YES ☒ NO    SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO    FATAL ☐ YES ☒ NO

CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 129.00    AL2CAIE

COURT INFORMATION

DATE _____    TIME _____

### SEE INSTRUCTIONS

COURT _____

LOCATION _____

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

CITATION DELIVERED TO _____    DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. LEGAL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| FC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| OFFICER - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

V 75901 (Rev. 06/22)

---

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you **do not** hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you **do not** hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____    ASSIGNED DHSMV AGENCY #: _____

Signed: _____

No Consent No Contract Past 3/11/2025

IMPORTANT INSTRUCTIONS REGARDING A CRIMINAL TRAFFIC
INFRACTION NOT REQUIRING A COURT APPEARANCE

**LORIDA UNIFORM TRAFFIC CITATION** — AL2BIFE

| JUNTY OF | | | ☐ (1) F.H.P. ☐ (2) P.D. ☒ (3) S.O. ☐ (4) OTHER |
|---|---|---|---|
| 1) MIAMI-DADE | | | |
| TY (IF APPLICABLE) | | | AGENCY NAME MIAMI-DADE PD |
| | | | AGENCY # FL0130000 |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE

| DAY OF WEEK | MONTH | DAY | YEAR | | ☐ A.M. |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☒ P.M. |

| ME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| ARIK | XAIVER | SMITH |

| REET | IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE |
|---|---|
| 450 NW 169 TER | |

| TY | STATE | ZIP CODE |
|---|---|---|
| IIAMI GARDENS | FL | 33055 |

| LEPHONE NUMBER | DATE OF BIRTH | MO 01 | DAY 28 | YR 1983 | RACE P | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | S530819830280 | STATE FL | CLASS E | CDL LICENSE ☐ YES ☒ NO | YR LICENSE EXP. 2032 | COMMERCIAL VEHICLE ☐ YES ☒ NO |
|---|---|---|---|---|---|---|

| . VEHICLE 007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| HICLE LICENSE NO. CC1308 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2024 | ≥ 16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

| ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY | MOTORCYCLE ☐ Y ☒ NO |
|---|---|
| W 49TH AVE AND NW 173RD DR | |
| | COMPANION CITATION NUMBER(S) ☒ YES ☐ NO |

ID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE: _____

| CARELESS DRIVING | ☐ CHILD RESTRAINT | ☐ EXPIRED DRIVER LICENSE SIX MONTHS OR LESS |
|---|---|---|
| VIOLATION OF TRAFFIC CONTROL DEVICE | ☐ SAFETY BELT VIOLATION | |
| FAILURE TO STOP AT A TRAFFIC SIGNAL | ☐ IMPROPER OR UNSAFE EQUIPMENT | ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS |
| IMPROPER LANE CHANGE OR COURSE | ☐ EXPIRED TAG SIX (6) MONTHS OR LESS | ☐ NO VALID DRIVER LICENSE |
| NO PROOF OF INSURANCE | ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS | ☐ DRIVING UNDER THE INFLUENCE |
| VIOLATION OF RIGHT-OF-WAY | ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED | |
| MPROPER PASSING | | ☐ Passenger Under 18 Yrs. BAL _____ |

| HER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE: | RE-EXAM |
|---|---|
| AN STOP SIGN | ☐ YES ☒ NO |
| | DL SEIZED ☐ YES ☒ NO |

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 316.123 | SUB-SECTION (2)(A) |
|---|---|---|---|

| SH ☐ YES ☒ NO | PROPERTY DAMAGE ☐ YES $_____ ☒ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO | FATAL ☐ YES ☒ NO |
|---|---|---|---|---|

CRIMINAL VIOLATION COURT APPEARANCE REQUIRED. AS INDICATED BELOW.

INFRACTION COURT APPEARANCE REQUIRED. AS INDICATED BELOW.

INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

. PENALTY IS $ 179.00 _____ AL2BIFE

| | DATE | TIME |
|---|---|---|

EE INSTRUCTIONS

COURT

LOCATION

05) 275-1111 | WWW.MIAMI-DADECLERK.COM

ITIONAL COMMENTS:

EST DELIVERED TO _____ DATE _____
GREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION.
LFUL REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN
ISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS
ATION, CONTACT THE CLERK OF THE COURT.

| SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT) | | |
|---|---|---|
| C. E. RUADEZ | 10635 | 10635 | M3603 |
| - NAME OF OFFICER | BADGE NO. | . NO. | TROOP UNIT |

CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

/ 7S901 (Rev. 06/22)

---

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you **do not** hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you **do not** hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

**FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE**
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____ ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, ID#)

FI-221123-086-00000111

To Whom It May Concern:

The annexed **Notice of Intent – Fee Schedule** is a schedule of mandatory fees instated by the Secured Party Creditor, Tarik Xavier Smith ©, Authorized Representative on behalf of TARIK XAVIER SMITH ©, TARIK M. SMITH ©, and TARIK SMITH ©, Ens Legis. Tarik Xavier Smith do hereby set forth fees to be instated in any business dealing with TARIK XAVIER SMITH, TARIK M. SMITH and TARIK SMITH, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Tarik Xavier Smith, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Tarik Xavier Smith, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

So signed and sealed this __2 9__ day of November 2022.

All Rights Reserved, Without Prejudice.

By: _Tarik Xaiver Smith_ (    )          © Tarik Xavier Smith

American State National/Citizen
Secured Party Lien Creditor
Authorized Representative for
TARIK XAVIER SMITH, Ens Legis

**Witness Verification by Public Notary or State Recording Secretary**

Florida State      )

Miami-Dade County      )

I, a Public Notary or Recording Secretary, was visited by one of the people Tarik Xavier Smith whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this _29th_ day of November in the year of 2022.

By: _Dy: Isa Barbara Sablen_ (    ) ©; My commission expires _End of life_.



**Official Seal**
Isa Barbara Sablen
FI43-2021-1HCA8-614PU
Commission expires at end of life

FI-221123-086-00000111

**Private Easements Schedule**
    Penalty for Private Use                                     $    250,000

**Public Easements Schedule**
    Penalty for Public Use                                     $    250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

Produce trade name materials:

| | | |
|---|---|---:|
| a. | Name | $ 50,000 |
| b. | Driver's License Number | $ 50,000 |
| c. | Social Security Number | $ 100,000 |
| d. | Retinal Scans | $ 5,000,000 |
| e. | Fingerprinting | $ 200,000 |
| f. | Photographing | $ 200,000 |
| g. | DNA | $ 5,000,000 |
| | 1. Mouth swab | $ 5,000,000 |
| | 2. Blood samples | $ 5,000,000 |
| | 3. Urine samples | $ 5,000,000 |
| | 4. Breathalyzer testing | $ 5,000,000 |
| | 5. Hair samples | $ 5,000,000 |
| | 6. Skin samples | $ 5,000,000 |
| | 7. Clothing samples | $ 5,000,000 |
| | 8. Forced giving of fluids/samples | $ 5,000,000 |

Issue Traffic citations and tickets of any traffic nature:

| | | |
|---|---|---:|
| a. | Citations | $ 60,000 |
| b. | Warning issued on Paper Ticket | $ 25,000 |

Appearance in court because of traffic citations:

| | | |
|---|---|---:|
| a. | Time in court | $ 75,000/hr with 1 hour min. |
| b. | If Fine is imposed | $ 500,000 |

FI-221123-086-00000111

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | | |
|---|---|---|
| a. | Agency by Estoppel | $ 50,000 |
| b. | Color of Law | $ 150,000 |
| c. | Implied Color of Law | $ 150,000. |
| d. | Criminal Coercion | $ 500,000 |
| e. | Criminal Contempt of Court | $ 500,000 |
| f. | Estoppel by Election | $ 350,000 |
| g. | Estoppel by Laches | $ 350,000 |
| h. | Equitable Estoppel | $ 500,000 |
| i. | Fraud | $ 1,000,000 |
| j. | Fraud upon the Court | $ 2,000,000 |
| k. | Larceny | $ 250,000 |
| l. | Grand Larceny | $ 250,000 |
| m. | Larceny by Extortion | $ 1,000,000 |
| n. | Larceny by Trick | $ 1,000,000 |
| o. | Obstruction of Justice | $ 100,000 |
| p. | Obtaining Property by False Pretenses | $ 1,000,000 |
| q. | Simulating Legal Process | $ 1,000,000 |
| r. | Vexatious Litigation | $ 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ 100,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ 100,000 |
| u. | Seizure of Motor Conveyance | $ 100,000 |
| v. | Theft of License Plate | $ 10,000 |
| w. | Unlawful Lien on Motor Conveyance | $ 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| a. | Name written by the informant | $ 250,000 |

FI-221123-086-000001 11

|  | | |
|---|---|---|
| b. Driver's License written by informant | $ | 150,000 |
| c. Social Security Number written by informant | $ | 150,000 |
| d. Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

|  | | |
|---|---|---|
| a. Financial Information | $ | 100,000 |
| b. Property inside of motor vehicle | $ | 150,000 |

**Time Usage for traffic stops:**

|  | | |
|---|---|---|
| a. 30 minutes minimum | $ | 5,000 |
| b. 60 minutes | $ | 10,000 |
| c. 90 minutes | $ | 15,000 |

## Court Appearance Schedule

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in Court:**

a. My Appearance

|  | | |
|---|---|---|
| a. Under Protest and Duress | $ | 75,000/hour |
| b. Voluntarily | $ | 10,000/hour |

## Use of Trade Name Material

a. Name

|  | | |
|---|---|---|
| a) Under Protest and Duress | $ | 25,000 |
| b) Voluntarily | $ | 10,000 |

b. Drivers License

|  | | |
|---|---|---|
| a) Under Protest and Duress | $ | 25,000 |
| b) Voluntarily | $ | 10,000 |

c. Social Security Number

|  | | |
|---|---|---|
| a) Under Protest and Duress | $ | 25,000 |
| b) Voluntarily | $ | 10,000 |

FI-221123-086-00000111

| | | |
|---|---|---|
| d.  Miscellaneous Material | $ | 25,000 |

**Produce any Personal Information for Any Kind of Business Interaction:**

| | | |
|---|---|---|
| a.  Financial Information | $ | 10,000 |
| b.  Driver's License | $ | 10,000 |
| c.  Social Security Number | $ | 250,000 |
| d.  Any Documents Produced by Me | $ | 10,000 / doc |

**Time usage for court appearances:**

a.  30 minutes

| | | |
|---|---|---|
| a.  Under Protest and Duress | $ | 33,500 |
| b.  Voluntarily | $ | 10,000 |

b.  60 minutes

| | | |
|---|---|---|
| a.  Under Protest and Duress | $ | 75,000 |
| b.  Voluntarily | $ | 20,000 |

c.  90 minutes or more

| | | |
|---|---|---|
| a.  Under Protest and Duress | $ | 100,500 |
| b.  Voluntarily | $ | 30,000 |

**Trespass-Fee Schedule**

Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a.  Failure to honor God Given Rights | $ | 20,000 |
| b.  Failure to honor Oath of Office | $ | 50,000 |
| c.  Failure to honor Constitutional Oath | $ | 50,000 |
| d.  Failure to honor Written and/or Oral Word | $ | 5,000 |
| e.  Silence/Dishonor/Default | $ | 5,000 |
| f.  Failure to honor./No Bond | $ | 5,000 |
| g.  Phone call to telephone number used by Secured Party including from alleged debt collectors | $ | 5,000 each |

FI-221123-086-00000111

| | | | |
|---|---|---|---|
| h. | Telephone message left on Secured Party phone Service or equipment | $ | 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ | 5,000 each |
| j. | Time Waiting for Scheduled Service | $ | 1,000 min/hr |
| k. | Detention from Free Movement and/or cuffed | $ | 75,000 min/hr |
| l. | Incarceration | $ | 75,000 min/hr |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ | 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $ | 25,000 |
| o. | Failure to Present a Living Injured Party | $ | 100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $ | 100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ | 100,000* |
| r. | Default By Non Response or Incomplete Response | $ | 100,000* |
| s. | Fraud | $ | 1,000,000* |
| t. | Racketeering | $ | 1,000,000* |
| u. | Theft of Public Funds | $ | 1,000,000* |
| v. | Dishonor in Commerce | $ | 1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ | 1,000,000** |
| x. | Perverting of Justice Judgment | $ | 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-Xavier After One Warning (per each occurrence) | $ | 50,000 Each |
| z. | Forcing psychiatric evaluations | $ | 500,000 / day |
| aa. | Refusal to provide adequate and proper nutrition while Incarcerated | $ | 50,000 / day |
| bb. | Refusal to provide proper exercise while incarcerated | $ | 50,000 / day |
| cc. | Refusal to provide proper dental care while Incarcerated | $ | 50,000 / day |

FI-221123-086-00000111

|  | | |
|---|---|---|
| dd. Forced giving of body fluids | $ | 5,000,000 / day |
| ee. Forced injections/inoculations, vaccines | $ | 5,000,000 / day |
| ff.  Forced separation from marriage contract | $ | 160,000 / day |
| gg. Confiscation/kidnapping of a body not a US Citizen | $ | 1,600,000 / day |
| hh. Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ | 1,600,000 / day |
| ii.  Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity, or corporation | $ | 6,000,000 per count or charge |
| jj.  Attempted extortion of signature | $ | 6,000,000 per count or charge |
| kk. Attempted forgery of signature | $ | 6,000,000 per count or charge |

\*Per Occurrence and Includes any Third-Party Defendant

\*\* All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

| | | |
|---|---|---|
| Kidnapping (If an alleged officer removes free soul more than 6 feet from free soul's property without just cause, it IS kidnapping) | $ | 50,000 |
| Services to others and/or Corporation(s): | | |
|    a.  Studying | $ | 500 per hour |

|  | while under threat, duress, coercion | $ | 75,000 per hour |

b. Analyzing  $ 500 per hour
   while under threat, duress, coercion  $ 75,000 per hour

c. Research  $ 500 per hour
   while under threat, duress, coercion  $ 75,000 per hour

d. Preparing Documents  $ 500 per hour
   while under threat, duress, coercion  $ 75,000 per hour

e. Answering Questions  $ 500 per hour
   while under threat, duress, coercion  $ 75,000 per hour

f. Providing Information  $ 500 per hour
   while under threat, duress, coercion  $ 75,000 per hour

If invoiced, payment is due 15 days after receipt date.

Make all payments to:

Tarik Xavier Smith
In the care of: 4450 NW 169th Terrace
Miami, Florida [Postal Code Extension 33055]



FI-221122-086-0000011

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases,** Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States,** Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act,** 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act,** Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act,** Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large,** Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

**The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.** Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the <u>United States Treasury.</u>

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

By Isa Barbara Sablon

**Official Seal**
Isa Barbara Sablon 11/21/22
FI43-2021-1HOA8-01420
Commission expires at end of life

# Title 50, Sole Relief and Remedy...

http://uscode.house.gov/download/annualhistoricalarchives/pdf/2012/2012usc50a.pdf

§ 7 TITLE 50, APPENDIX—WAR AND NATIONAL DEFENSE Page 18 ......(c) *continued*... or on behalf of, or for the benefit of any person or persons who shall have been determined by the President, after investigation, to be an enemy or ally of enemy, and which shall have been required to be conveyed, transferred, assigned, or delivered to the Alien Property Custodian or seized by him, and in lieu thereof to issue certificates or other instruments for such shares or other beneficial interest to the Alien Property Custodian or otherwise, as the Alien Property Custodian shall require. The sole relief and remedy of any person having any claim to any money or other property heretofore or hereafter conveyed, transferred, Page 19 TITLE 50, APPENDIX—WAR AND NATIONAL DEFENSE § 8 assigned, delivered, or paid over to the Alien Property Custodian, or required so to be, or seized by him shall be that provided by the terms of this Act [said sections], and in the event of sale or other disposition of such property by the Alien Property Custodian, shall be limited to and enforced against the net proceeds received therefrom and held by the Alien Property Custodian or by the Treasurer of the United States. (d) If not required to pay, convey, transfer, assign, or deliver under the provisions of subsection (c) of this section, any person not an enemy or ally of enemy who owes to, or holds for, or on account of, or on behalf of, or for the benefit of an enemy or of an ally of enemy not holding a license granted by the President hereunder, any money or other property, or to whom any obligation or form of liability to such enemy or ally of enemy is presented for payment, may, at his option, with the consent of the President, pay, convey, transfer, assign, or deliver to the alien property custodian said money or other property under such rules and regulations as the President shall prescribe. (e) No person shall be held liable in any court for or in respect to anything done or omitted in pursuance of any order, rule, or regulation made by the President under the authority of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix]. Any payment, conveyance, transfer, assignment, or delivery of money or property made to the alien property custodian hereunder shall be a full acquittance and discharge for all purposes of the obligation of the person making the same to the extent of same. The alien property custodian and such other persons as the President may appoint shall have power to execute, acknowledge, and deliver any such instrument or instruments as may be necessary or proper to evidence upon the record or otherwise such acquittance and discharge, and shall, in case of payment to the alien property custodian of any debt or obligation owed to an enemy or ally of enemy, deliver up any notes, bonds, or other evidences of indebtedness or obligation, or any security therefor in which such enemy or ally of enemy had any right or interest that may have come into the possession of the alien property custodian, with like effect as if he or they, respectively, were duly appointed by the enemy or ally of enemy, creditor, or obligee. The President shall issue to every person so appointed a certificate of the appointment and authority of such person, and such certificate shall be received in evidence in all courts within the United States. Whenever any such certificate of authority shall be offered to any registrar, clerk, or other recording officer, Federal or otherwise, within the United States, such officer shall record the same in like manner as a power of attorney, and such record or a duly certified copy thereof shall be received in evidence in all courts of the United States or other courts within the United States. (Oct. 6, 1917, ch. 106, § 7, 40 Stat. 416; Nov. 4, 1918, ch. 201, § 1, 40 Stat. 1020.) AMENDMENTS 1918—Subsec. (c). Act Nov. 4, 1918, amended subsec. (c) generally, inserting provisions on recording of property transfers, cancellation of enemy owned stock by corporations, and restriction of claims to relief provided by terms of the Act.

Official Seal
Isa Barbara Sabion  11/29/22
FI43-2021-1HCA8-614PU
Commission expires at end of life

First-Class Mail
Postage & Fees
USPS
Permit No  G-10

9590 9402 9208 4295 5823 47

United States
Postal Service

° Sender: Please print your name, address, and ZIP+4 in this box°

# EXHIBIT D

 Gmail

ACE PRINTING & SIGNS MIAMI <aceprinting305@gmail.com>

---

## Fw: [EXT] UREGENT ASAP

1 message

---

**Tarik Smith** <tariksmth@yahoo.com.au>                                    Wed, Apr 16, 2025 at 8:56 AM
To: ACE PRINTING & SIGNS MIAMI <aceprinting305@gmail.com>

I want to print the complete email messages

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, March 19, 2025, 10:31 AM, Tarik Smith <tariksmth@yahoo.com.au> wrote:

> Hello thanks for a respond. I did that already I want to offset the accounting on both side of the ledger and remove the data. That information is still allowing officers to write citation against that account. When the license was for only commercial activities and I didn't know when applying for them. Please give me a contact to someone who deals with the balancing of the books.  Trustee company and trustee etc

> Sent from Yahoo Mail for iPhone

> On Wednesday, March 19, 2025, 9:35 AM, Colon, Sonia <SoniaColon@flhsmv.gov> wrote:

>> Hello Mr. Smith,

>> I am in receipt of your email.  If you are wanting to surrender your Florida Identification card, you may do so by going to a local Driver License office and surrender it to an agent.

>> Thanks,

>> Sonia Colon

>> Bureau Chief of Credentialing Services

>> Division of Motorist Services

>> Florida Department of Highway Safety & Motor Vehicles

>> 2900 Apalachee Parkway

>> Tallahassee, Florida 32399

>> **Email:**  soniacolon@flhsmv.gov

>> **Office:** (850) 617-2967

>> *Tell me and I forget, Teach me and I remember, Involve me and I learn...*

>> *- Benjamin Franklin*

 Gmail

ACE PRINTING & SIGNS MIAMI <aceprinting305@gmail.com>

---

# Fw: Good day urgent

1 message

---

**Tarik Smith** <tariksmth@yahoo.com.au>
To: ACE PRINTING & SIGNS MIAMI <aceprinting305@gmail.com>

.         Wed, Apr 16, 2025 at 8:55 AM

---

I want to print the email and the letter in color please

Sent from Yahoo Mail for iPhone


Begin forwarded message:

On Saturday, March 15, 2025, 3:51 PM, Tarik Smith <tariksmth@yahoo.com.au> wrote:

> Good day,
> My name is Tarik: Smith
> I am forwarding this email to you. Just so I can see if you can help me Resolve this matter as soon as possible. Attach is a letter that was sent to director. I want to rescind the application and offset the driver license account connect to my estate and name. Please if you or the director Robert Kynoch can't do it, send me the correct name, phone, number and address of the right person to settle this matter.
>
> Thank you for your time
>
> Sent from Yahoo Mail for iPhone

---

 **driver license rescind letter.docx**
16K

**From:** Tarik Smith <tariksmth@yahoo.com.au>
**Sent:** Thursday, March 13, 2025 3:35 PM
**To:** Kynoch, Robert <RobertKynoch@flhsmv.gov>
**Subject:** [EXT] UREGENT ASAP

Good day!

My name is Tarik Smith,

I sent a letter to you which was returned back due to an address change from what's on the website. 1800 66th st. At Petersburg Florida. 33710. Will you provide me with the correct postage mail address and phone number that I can call and confirm future request.

The letter was sent out on the 5th of march,2025. And was return today march 13,2025. Attach is a copy of the letter.

I wish to rescind and offset this commercial transaction. Also wish to remove every  presentment and bonds off my estate from this license and I'd cards.

Will you please sent me a confirmation letter that everything is taken care of. And this letter is received.

CAUTION: This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.
This email has been scanned by the Symantec Email Security.cloud service.

This email originated from a Florida Department of Highway Safety and Motor Vehicles email address.
Always use caution when clicking links or opening attachments unless you recognize the sender and know the content is safe.
Please Note: Florida has very broad public records laws. Unless a statutory exemption applies, emails are subject to public disclosure.
This email has been scanned by the Symantec Email Security.cloud service.

EXHIBIT E

U.S. Postal Service Certified Mail# 9589 0710 5270 1214 0690 19

April 15, 2025

FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES
2900 Apalachee Parkway, Mail Stop 98
Tallahassee, Florida 32399-0500

To whom this may concern,

My name is ___ ___ I was told to surrender my Id Card to have this account close and offset. I have placed the Id card in this envelope to be surrendered as well as a copy of the email that I received back from my request. I didn't get full disclosure of what the License and Id card was created for. Now with the knowledge of what it is now I am requesting this account

and data be taken out the system.

Please send me a confirmation letter that the ID Card has been received, and the account is cleared up close and offset to the address above or to my email within 3 days of receiving this letter ___ ___ ___. Thank you for your time and if there are any questions, please feel free to call 305-200-2425.

Respectfully submitted,

_____

All Rights Reserved

# EXHIBIT F

# Affidavit of Truth

Mailing location:
Tarik: Smith
4450 north west 169th Street
Miami, Florida state Republic [33055]

SECRETARY STATE OF FLORIDA
CORD BYRD
R.A. GRAY BUILDING
500 South Bronough Street
Tallahassee, Florida 32399-0250

Cc: Clerk of the Court and Comptroller of Miami-Dade County
Juan Fernandez
73 W. Flager Street
Miami, Florida [33055]

I Tarik: Smith the living man was traveling headed to my destination. When was pulled over with some red and blue emergency lights on. I was asked for personal information. Being under duress I gave my passport. I was asked to provide personal information so that the officer can contract with me. In which I never gave implied consent for officer E. RUADEZ, badge number: 10635 troop unit number: M3603 to access my Estate nor to use my name. At any time I was not doing any commercial transactions/activities. I have attach my letter that was sent of March 5, 2025 to the Florida Department of Highway Safety and Motor Vehicles, Director Robert R. Kynoch to rescind the driver license application. I do not wish to contract with the Metro Dade nor the officer E. RUADEZ. or any state of courts, companies etc.. Please remove all presentments attached and to my estate. And if any bonds created liquidated them and send a letter of confirmation to the in care of address listed above. Please correct all within 5 Days of receiving this Notice.

**See attachments**

1. Declaration of naturalization
2. Letter of instructions to director Robert R. Kynoch
3. Power of attorney
4. Common Law Copyright Notice
4. 5 tickets/presentments to be rescind/cancel
5. Notice of fee schedule

Thank you,
All rights reserved, Without Prejudice

BY: _____

Tarik: Smith Authorized Representative





**The United States of America**
**The Florida Assembly**

# Declaration of the Naturalization Act of July 1779

Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

I declare that I am the owner and operator of my vessels on Earth from the moment my zygote first formed, together with all DNA and all substance matter in any way associated with me and my incarnation, and I further declare that I accept my divine origin and all honor, right, title, and material interests I am owed;

I declare my political status as an American state national born within the physical borders of: Florida;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all Powers of Attorney granted by me or issued under my name prior to this day;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce, and remove all and any allegiance to any earthly king or prince, any foreign state, foreign government, flag or thing;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, or voluntarily pledged myself to any foreign sovereign or separated myself from my birthright political status;

I declare, publish, and affirm under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that my house is established on Your County and my home is established on Florida and no other presumption or impersonation is allowed;

I declare under the aforementioned penalties that I am a Lawful Inheritor, Landlord, Keeper, and Guardian of the Rightful and Lawful Government of this country, acting with Full Right, Authority, Responsibility and Honor, now and always while my tenure on Earth shall last---- and I present this Declaration of the Naturalization Act of 1779 and place it upon the Public Record of the Florida Assembly.

This Declaration is valid, true, correct and complete in all jurisdictions of law: air, land, and sea. So signed and sealed this 23 day of the month of November and the year of 2022.

All Rights Reserved, Without Prejudice.

By: _Tarik Xavier Smith_ © Tarik Xavier Smith

### Witness Verification by Public Notary or State Recording Secretary

Florida State    )

Miami-Dade County    )

I, a Public Notary or Recording Secretary, was visited by one of the people Tarik Xavier Smith whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this 23rd day of November in the year of 2022.

By: _Isa Barbara Sablon_ ©: My commission expires _End of Life_

Official Seal
Isa Barbara Sablon
FL43-2021-1HCAB 614PU
Commission expires at end of life

Certified Mail Return# 9590 9402 9208 4295 5820 13

Florida Department of Highway Safety and Motor Vehicles
1800 66th St N,
Saint Petersburg, Florida 33710
727/464-7777
Robert R. Kynoch, Director

Mailing Location:
Tarik Xaiver Smith
c/o 4450 NW 169th Terrace
Miami, Florida [33055]
DOB: 01-28-1983
LICENSE/ID# S530-819-83-028-0

Date: March 5, 2025

Re: Driver License and ID Cancellation in Florida State

Dear Robert R. Kynoch, Director

I Tarik, Smith the living soul/man hereby withdraw and rescind all signatures, applications and enrollments as a "Driver Licensee and ID holder." I have no natural interest in waving my God giving rights also rights under the constitution to travel and to give it to a private corporation under their contracts. No state of government cannot take a fundamental right or "liberty" that a civilian has and turn it into something that requires a license and fee to exercise, essentially making it a "privilege" instead of a right, see Supreme court case Murdock v. Pennsylvania. I wish for a response CONFIRMING CANCELLATION of my PRIOR Driver license and identification card via email: Tariksmith@Yahoo.com.au or mail a letter to the address location above within 5 business days of receiving this letter. Also, please liquidate all bonds attach. If any of this cannot be granted, please include the Full name, address, and phone contact to the Trustee that I can contact to liquidate the bonds thats attach to this account.

Thank you,

All Rights Reserved, Without Prejudice

By: _____

Tarik Smith

POA-02062024-5

# POWER OF ATTORNEY
## LIMITED

Know All Men by These Presents: That I, TARIK XAIVER SMITH, the DEBTOR, corporate entity, and 'ens legis,' the undersigned, hereby make, constitute and appoint Tarik-Xaiver: Smith, herein, the flesh and blood man, a living soul, the Secured Party/Creditor as my true and lawful Attorney-in-fact for me and in my corporate capacity (LLC), place in stead and for my personal and commercial use and benefit:

1.      To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the DEBTOR; TARIK XAIVER SMITH, (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2.      To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choices in action and other property in possession or where a security interest is established and to or in other actions;

3.      To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR – TARIK XAIVER SMITH; to use where necessary any Sight Drafts/Money Orders, Bills of Exchange to finalize any of the above in my behalf;

4.      To open any Checking accounts whereupon being 'closed,' to discharge any fines, fees, taxes and debts via adjustment and set-off;

5.      To create, amend, supplement and or terminate any trust or the RES created by the government (District of Columbia) and ratified or exercised in any manner by any other State;

6.      To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

GIVING AND GRANTING, unto me said Attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or could do if I was

Page 1 of 2

POA-02062024-5

personally present, and hereby ratifying all that my Attorney-in-fact shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-in-Fact shall be applicable to all real and private property, personal property or interest therein now owned or hereinafter acquired by me as the 'ENS LEGIS/LLC and wherever situate, and as evidenced by a filed security interest.

My said Attorney-in-Fact: Tarik-Xaiver: Smith is empowered hereby to determine in his sole discretion the time, purpose for and manner in which any power herein conferred upon him shall be exercised, and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by him pursuant hereto; and in the acquisition or distribution of real, personal or private property, my said Attorney-in-Fact shall have exclusive power to fix the terms or amounts thereof for cash, funds, credit and/or affecting all property, including rights, titles, interest to same and if on/for credit - with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this 14th day of February, 2024 of the Common Era (CE)

/S/ _____ UCC 1-308

**TARIK XAIVER SMITH**

Secured Party

/S/ _____ UCC 1-308

Tarik-Xaiver: Smith

## ACKNOWLEDGEMENT

Republic State of Florida,     )
                               )Scilicet.
Organic County of Miami-Dade.)

SUBSCRIBED TO AND SWORN before me this 14th day of February, 2024, a Notary, that TARIK XAIVER SMITH, personally appeared and known to me to be the man whose name is affixed to the foregoing instrument and acknowledged to be the same.

_____ Seal;

Public Notary in and for the Republic State
of Florida,
My Commission Expires: _____ May 30, 202__

JORGE LUIS MARQUEZ
MY COMMISSION # HH 283250
EXPIRES: May 30, 2028

## Common Law Copyright Notice

Common Law Copyright Notice: All rights reserved re; common-law copyright of trade name/trademark, TARIK XAIVER SMITH© as well as any and all derivatives and variations in the spelling of said trade-names/trademarks - Copyright 2001, by 'Tarik-Xaiver: Smith. Said trade names/trademarks, ©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Tarik-Xaiver: Smith as signified by the blue-ink signature of TARIK XAIVER SMITH, hereinafter 'Secured Party.' With the intent of being contractually bound, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the trade-name/trademark, nor common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, said name without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in blue-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of TARIK XAIVER SMITH©, and all such unauthorized use is strictly prohibited. Secured Party, under necessity, is accommodation party, and a surety for the purported DEBTOR, i.e. "TARIK XAIVER SMITH©" nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by DEBTOR, i.e. "TARIK XAIVER SMITH©" in Hold-harmless and Indemnity Agreement No. HHIA-012345678 dated at the time of notarizing; against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by DEBTOR for any and every reason, purpose, and cause whatsoever. Self-Executing Contract/Security Agreement in Event of Unauthorized Use: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User," consent and agree that any use of 'TARIK XAIVER SMITH©', other than authorized use as set forth above, constitutes unauthorized use of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a DEBTOR and 'Tarik-Xaiver: Smith' is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's property and interest in property in the sum certain amount of $500,000.00 per each trade name/trademark used, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, 'TARIK XAIVER SMITH©'; (2) authenticates this Security Agreement wherein User is DEBTOR and 'Tarik-Xaiver: Smith' is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement wherein User is debtor and 'Tarik-Xaiver: Smith' is Secured Party; (4)

1 of 3

## Common Law Copyright Notice

consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied; (5) authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms, 'with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-Executing Contract/Security Agreement in Event of Unauthorized Use:

Default Terms: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-Executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

Terms for Curing Default: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of Users former property and interest in property in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. Payment Terms: In accordance with fees for unauthorized use of "TARIK XAIVER SMITHO," as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized use fees in full within ten (10) days of date Secured Party's invoice, hereinafter "Invoice," itemizing said fees, as sent and received by tort feasor.

## Common Law Copyright Notice

Terms of Strict Foreclosure: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office.

**Record Owner:** TARIK XAIVER SMITH Autograph Common Law Copyright 2001.

**Record Owner:** Secured Party/Creditor; 'Tarik-Xaiver: Smith', autograph common law copyright:

**Copyrighted Date:** February 14th, 2024.

**All Rights Reserved/Without Prejudice**

_____ vcc1-308 _____  Tarik-Xaiver: Smith; Secured Party,
Authorized Representative, Attorney-In-Fact For TARIK XAIVER SMITH©, Ens legis

### VERIFICATION

Republic State of Florida ,            )
                                       )Scilicet.
Organic County of Miami-Dade. )

SUBSCRIBED TO AND SWORN before me this 14 day of February, 2024, a Notary, that Tarik-Xaiver: Smith, personally appeared before and affixed his signature to the foregoing instrument.

Seal:

Public Notary in and for the Republic State of Florida
My Commission Expires: _____

JORGE LUIS MARQUEZ
MY COMMISSION # HH 232250
EXPIRES May 30, 2028

3 of 3

FLORIDA UNIFORM TRAFFIC CITATION    **AL2CX9E**

COUNTY OF
1) MIAMI-DADE

☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER

CITY (IF APPLICABLE)

AGENCY NAME  MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:14 | ☒ P.M. |

NAME (PRINT) FIRST: **TARIK**  MIDDLE: **XAIVER**  LAST: **SMITH**

STREET: 1450 NW 169 TER    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ▶

CITY: MIAMI GARDENS    STATE: FL    ZIP CODE: 33055

TELEPHONE NUMBER:    DATE OF BIRTH  MO 01  DAY 28  YR 1983    RACE B  SEX M  HGT 5'06"

DRIVER LICENSE NUMBER: S530619630280

| STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|
| FL | E | ☐ YES ☒ NO | 2032 | ☐ YES ☒ NO |

| YR VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2007 | CHEV | 4D | WHI | ☐ YES ☒ NO |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥ 16 PASSENGERS |
|---|---|---|---|---|
| JCC1308 | | FL | 2024 | ☐ YES ☒ NO |

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

MOTORCYCLE  ☐ YES ☒ NO

COMPANION CITATION NUMBER(S)  ☒ YES  ☐

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.  CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
( ☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE:

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.
BAL

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
FAILURE TO PROVIDE REGISTRATION/TEMPORA

RE EXAM  ☐ YES ☒ NO
DL SEIZED  ☐ YES ☒ NO

| | | | SECTION | SUB-SECTION |
|---|---|---|---|---|
| AGGRESSIVE DRIVING | REVISED MODEL STATE STAT. TR | 320.0605 | | |

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL | |
|---|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | | ☐ YES ☒ NO |

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 129.00    AL2CX9E

COURT INFORMATION

DATE    TIME

SEE INSTRUCTIONS:

COURT

LOCATION

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

ATTEST DELIVERED TO    DATE

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. A WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

PFC E. RUADEZ    10635    10635    M3603

OFC NAME OF OFFICER    BADGE NO.    I.D. NO.    TROOP UNIT

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75001 (Rev. 06/21)

If you were charged with a civil infraction, you must complete one of the following options within **30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You will be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

**FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE**
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____    ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, Rank)

No Clerk time over 16 contract Smith 3/11/25 2 of 2

Page 1 of 2

## FLORIDA UNIFORM TRAFFIC CITATION — AL2BICE

| COUNTY OF | | |
|---|---|---|
| 1) MIAMI-DADE | ☐ (1) F.H.P. ☐ (2) P.D. ☒ (3) S.O. ☐ (4) OTHER | |
| CITY (IF APPLICABLE) | AGENCY NAME  MIAMI-DADE PD | |
| | AGENCY #  FL0130000 | |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | ☐ A.M. |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☒ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| TARIK | XAIVER | SMITH |

STREET: 1450 NW 169 TER      IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ☐

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH MO 04 DAY 28 YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|

| DRIVER LICENSE NUMBER | S530819830280 |
|---|---|

| STATE FL | CLASS E | CDL LICENSE ☐ YES ☒ NO | YR. LICENSE EXP. 2032 | COMMERCIAL VEHICLE ☐ YES ☒ NO |
|---|---|---|---|---|

| YR VEHICLE 007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. ICC1308 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2024 | ≥16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

| MOTORCYCLE ☐ YES ☒ NO |
|---|
| COMPANION CITATION NUMBER(S) ☐ YES ☒ NO |

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT.)

SPEED MEASUREMENT DEVICE:

| CARELESS DRIVING | ☐ CHILD RESTRAINT | ☐ EXPIRED DRIVER LICENSE SIX MONTHS OR LESS |
|---|---|---|
| VIOLATION OF TRAFFIC CONTROL DEVICE | ☐ SAFETY BELT VIOLATION | |
| FAILURE TO STOP AT A TRAFFIC SIGNAL | ☐ IMPROPER OR UNSAFE EQUIPMENT | ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS |
| IMPROPER LANE CHANGE OR COURSE | ☐ EXPIRED TAG SIX (6) MONTHS OR LESS | ☐ NO VALID DRIVER LICENSE |
| NO PROOF OF INSURANCE | ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS | ☐ DRIVING UNDER THE INFLUENCE |
| VIOLATION OF RIGHT-OF-WAY | ☒ DRIVING WHILE LICENSE SUSPENDED OR REVOKED | ☐ Passenger Under 18 Yrs. |
| IMPROPER PASSING | | BAL _____ |

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
WLS "KNOWING OF VIOLATION"

| RE-EXAM ☐ YES ☒ NO |
|---|
| DL SEIZED ☐ YES ☒ NO |

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 322.34 | SUB-SECTION (2) |
|---|---|---|---|

| ARREST ☒ YES ☒ NO ☐ YES | PROPERTY DAMAGE ☐ YES ☒ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO | FATAL ☐ YES ☒ NO |
|---|---|---|---|---|

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ **MANDATORY COURT**      AL2BICE

COURT INFORMATION

TO BE SET      DATE _____  TIME _____

COURT _____

LOCATION

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

CITATION DELIVERED TO:
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. MY REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.      DATE _____

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| C. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| NAME OF OFFICER | BADGE NO. | I.D. NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE.

V (Rev 08/21)

---

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options within **30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____      ASSIGNED DHSMV AGENCY #: _____

Signed: _____

handwritten top: *No contest No contract Trust Page 4 of 4  3/11*

## FLORIDA UNIFORM TRAFFIC CITATION — AL2CXAE

**IMPORTANT INSTRUCTIONS — NON-CRIMINAL / CIVIL INFRACTION NOT REQUIRING A COURT APPEARANCE**

COUNTY OF: (1) MIAMI-DADE
☒ (3) S.O.  AGENCY NAME: MIAMI-DADE PD  AGENCY # FL0130000

DAY OF WEEK: MONDAY  MONTH 03  DAY 10  YEAR 2025  11:14 ☒P.M.

NAME (PRINT): FIRST TARIK  MIDDLE XAIVER  LAST SMITH
STREET: 4450 NW 169 TER
CITY: MIAMI GARDENS  STATE FL  ZIP 33055
DATE OF BIRTH: 01 28 1983  RACE B  SEX M  HGT 5'06"

DRIVER LICENSE NUMBER: S530819830280  STATE FL  CLASS E  CDL ☒NO  YR LICENSE EXP 2032  COMMERCIAL VEHICLE ☒NO

VEHICLE: 2007 CHEV  STYLE 4D  COLOR WHI  PLACARDED HAZARDOUS MATERIAL ☒NO
VEHICLE LICENSE NO: JCC1308  STATE FL  YEAR TAG EXPIRES 2024  ≥16 PASSENGERS ☒NO  MOTORCYCLE ☒NO

UPON A PUBLIC STREET OR HIGHWAY: NW 49TH AVE AND NW 173RD DR

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:
NO MOTOR VEHICLE REGISTRATION
IN VIOLATION OF STATE STAT: 320.02 (1)

PENALTY IS: MANDATORY COURT  AL2CXAE
TO BE SET
(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

FC. E. RUADEZ  10635  10635  M3603

Options 1–6 text and Faulty Equipment Affidavit of Compliance (Law Enforcement Use Only).

FLORIDA UNIFORM TRAFFIC CITATION    AL2CAIE

**IMPORTANT INSTRUCTIONS FOR NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE**

| COUNTY OF | | ☐ (1) F.H.P. | ☐ (2) P.D. | ☒ (3) S.O. | ☐ (4) OTHER |
|---|---|---|---|---|---|
| 1) MIAMI-DADE | | | | | |

CITY (IF APPLICABLE)

AGENCY NAME  MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE    SUMMONS

| DAY OF WEEK | MONTH | DAY | YEAR | | ☐ A.M. |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:13 | ☒ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| TARIK | XAIVER | SMITH |

STREET    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ➤
4450 NW 169 TER

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|---|
| | 01 | 28 | 1983 | B | M | 5'06" |

| DRIVER LICENSE NUMBER | S530819830280 | | | | |
|---|---|---|---|---|---|

| | STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|
| | FL | E | ☐ YES ☒ NO | 2032 | ☐ YES ☒ NO |

| YR VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2007 | CHEV | 4D | WHI | ☐ YES ☒ NO |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥ 16 PASSENGERS |
|---|---|---|---|---|
| JCC1308 | | FL | 2024 | ☐ YES ☒ NO |

| UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY | MOTORCYCLE |
|---|---|
| NW 49TH AVE AND NW 173RD DR | ☐ YES ☒ NO |

| | COMPANION CITATION NUMBER(S) |
|---|---|
| | ☒ YES ☐ NO |

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
( ☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE:

| ☐ CARELESS DRIVING | ☐ CHILD RESTRAINT | ☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS |
|---|---|---|
| | | ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS |
| ☐ FAILURE TO STOP AT A TRAFFIC SIGNAL | ☐ IMPROPER OR UNSAFE EQUIPMENT | |
| ☐ IMPROPER LANE CHANGE OR COURSE | ☒ EXPIRED TAG SIX (6) MONTHS OR LESS | ☐ NO VALID DRIVER LICENSE |
| ☐ NO PROOF OF INSURANCE | ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS | ☐ DRIVING UNDER THE INFLUENCE |
| ☐ VIOLATION OF RIGHT-OF-WAY | ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED | ☐ Passenger Under 18 Yrs. |
| ☐ IMPROPER PASSING | | BAL ____ |

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE
DL NOT CARRIED/EXHIBIT ON DEMAND/ MUTIL

| RE-EXAM | ☐ YES ☒ NO |
|---|---|
| DL SEIZED | ☐ YES ☒ NO |

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 322.15 | SUB-SECTION (1) |
|---|---|---|---|

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ____ ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 129.00    AL2CAIE

COURT INFORMATION    DATE    TIME

SEE INSTRUCTIONS

COURT

LOCATION
305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

ARREST DELIVERED TO _____    DATE _____
I AGREE AND PROMISE TO COMPLY AND APPEAR TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. (MY REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST) I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| IFC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| RANK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

UV.75901 (REV. 06/21)

---

**INFRACTION NOT REQUIRING A COURT APPEARANCE**

If you were charged with a civil infraction, you must complete one of the following options within 30 calendar days of the date of this citation. If you fail to comply within 30 calendar days, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk ____ does ____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You will be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

**FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE**
(Law Enforcement Use Only)

I certify that the detective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____    ASSIGNED DHSMV AGENCY #: _____

Signed: _____

FLORIDA UNIFORM TRAFFIC CITATION        **AL2BIFE**

| COUNTY OF (1) MIAMI-DADE | ☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER |
|---|---|
| CITY (IF APPLICABLE) | AGENCY NAME  MIAMI-DADE PD |
| | AGENCY #  FL0130000 |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☐ A.M.  ☒ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| TARIK | XAIVER | SMITH |

| STREET | IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ➡ |
|---|---|
| 4450 NW 169 TER | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | S530819830280 | | | | |
|---|---|---|---|---|---|
| | STATE FL | CLASS E | CDL LICENSE ☐ YES ☒ NO | YR. LICENSE EXP. 2032 | COMMERCIAL VEHICLE ☐ YES ☒ NO |

| YR. VEHICLE 2007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. UCC1308 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2024 | ≥ 16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

| UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY NW 49TH AVE AND NW 173RD DR | MOTORCYCLE ☐ Y ☒ NO |
|---|---|
| | COMPANION CITATION NUMBER(S) ☒ YES  ☐ NO |

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.  CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
( ☐ INTERSTATE   ☐ SCHOOL ZONE   ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE: _____

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ FAILURE TO STOP AT A TRAFFIC SIGNAL
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☒ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ IMPROPER OR UNSAFE EQUIPMENT
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.
BAL _____

| OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE: RAN STOP SIGN | RE-EXAM ☐ YES ☒ NO |
|---|---|
| | DL SEIZED ☐ YES ☒ NO |

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 316.123 | SUB-SECTION (2)(A) |
|---|---|---|---|

| CRASH ☐ YES ☒ NO | PROPERTY DAMAGE ☐ YES $ ☒ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO | FATAL ☐ YES ☒ NO |
|---|---|---|---|---|

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☒ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ **179.00**                    AL2BIFE

COURT INFORMATION

**SEE INSTRUCTIONS**

DATE _____    TIME _____

COURT

LOCATION

305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS:

FIRST DELIVERED TO _____    DATE _____

SIGNATURE OF VIOLATOR: SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT

| OFC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| OFFICER - NAME OF OFFICER | BADGE NO. | ID NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE.

UV 7S901 (Rev. 05/22)

---

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options within 30 calendar days of the date of this citation. If you fail to comply within 30 calendar days, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at www.payflclerk.com. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You will be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit www.flhsmv.gov for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____    ASSIGNED DHSMV AGENCY #: _____

Signed: _____

EI-221123-086-00000111

To Whom It May Concern:

The annexed **Notice of Intent – Fee Schedule** is a schedule of mandatory fees instated by the Secured Party Creditor, Tarik Xavier Smith ©, Authorized Representative on behalf of TARIK XAVIER SMITH ©, TARIK M. SMITH ©, and TARIK SMITH ©, Ens Legis.  Tarik Xavier Smith do hereby set forth fees to be instated in any business dealing with TARIK XAVIER SMITH, TARIK M. SMITH and TARIK SMITH, for any business conducted relevant to this schedule.  Fees are due and MUST be paid before said business can commence.  In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt.  If said fees are not met, it is the right of the Secured Party Creditor, Tarik Xavier Smith, to refuse or void any form of business interaction and/or transaction.  Fees are subject to change at any time without prior notice. Secured Party Creditor, Tarik Xavier Smith, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

So signed and sealed this __2⁹__ day of November 2022.

All Rights Reserved, Without Prejudice.

By: ___Tarik Xavier Sm___    © Tarik Xavier Smith

American State National
Secured Party Lien Creditor
Authorized Representative for
TARIK XAVIER SMITH, Ens Legis

**Witness Verification by Public Notary or State Recording Secretary**

Florida State        )

Miami-Dade County        )

I, a Public Notary or Recording Secretary, was visited by one of the people Tarik Xavier Smith whose autograph appears above, and they were properly identified to me and they did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this __25th__ day of November in the year of 2022.

By: __Dy: Lisa Barbara Sablon ©__    ©: My commission expires __End of Life__.



**Official Seal**
Isa Barbara Sablon.
FI43-2021-1HCA8-614PU.
Commission expires at end of life

FI-221123-088-00000111

**Private Easements Schedule**
    Penalty for Private Use           $     250,000

**Public Easements Schedule**
    Penalty for Public Use           $     250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. Name | $ | 50,000 |
| b. Driver's License Number | $ | 50,000 |
| c. Social Security Number | $ | 100,000 |
| d. Retinal Scans | $ | 5,000,000 |
| e. Fingerprinting | $ | 200,000 |
| f. Photographing | $ | 200,000 |
| g. DNA | $ | 5,000,000 |
|    1. Mouth swab | $ | 5,000,000 |
|    2. Blood samples | $ | 5,000,000 |
|    3. Urine samples | $ | 5,000,000 |
|    4. Breathalyzer testing | $ | 5,000,000 |
|    5. Hair samples | $ | 5,000,000 |
|    6. Skin samples | $ | 5,000,000 |
|    7. Clothing samples | $ | 5,000,000 |
|    8. Forced giving of fluids/samples | $ | 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---|
| a. Citations | $ | 60,000 |
| b. Warning issued on Paper Ticket | $ | 25,000 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| a. Time in court | $ | 75,000/hr with 1 hour min. |
| b. If Fine is Imposed | $ | 500,000 |

Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,

|     |                                              |     |           |
|-----|----------------------------------------------|-----|-----------|
| a.  | Agency by Estoppel                           | $   | 50,000    |
| b.  | Color of Law                                 | $   | 150,000   |
| c.  | Implied Color of Law                         | $   | 150,000   |
| d.  | Criminal Coercion                            | $   | 500,000   |
| e.  | Criminal Contempt of Court                   | $   | 500,000   |
| f.  | Estoppel by Election                         | $   | 350,000   |
| g.  | Estoppel by Laches                           | $   | 350,000   |
| h.  | Equitable Estoppel                           | $   | 500,000   |
| i.  | Fraud                                        | $   | 1,000,000 |
| j.  | Fraud upon the Court                         | $   | 2,000,000 |
| k.  | Larceny                                      | $   | 250,000   |
| l.  | Grand Larceny                                | $   | 250,000   |
| m.  | Larceny by Extortion                         | $   | 1,000,000 |
| n.  | Larceny by Trick                             | $   | 1,000,000 |
| o.  | Obstruction of Justice                       | $   | 100,000   |
| p.  | Obtaining Property by False Pretenses        | $   | 1,000,000 |
| q.  | Simulating Legal Process                     | $   | 1,000,000 |
| r.  | Vexatious Litigation                         | $   | 5,000,000 |
| s.  | Trespass upon Motor Conveyance               | $   | 100,000   |
| t.  | Unauthorized Relocation of Motor Conveyance  | $   | 100,000   |
| u.  | Seizure of Motor Conveyance                  | $   | 100,000   |
| v.  | Theft of License Plate                       | $   | 10,000    |
| w.  | Unlawful Lien on Motor Conveyance            | $   | 50,000    |

Use of trade name protected material under threat, duress, and/ or coercion:

|     |                                  |     |         |
|-----|----------------------------------|-----|---------|
| a.  | Name written by the Informant    | $   | 250,000 |

FL-221123-086-00000111

|   |   |   |
|---|---|---|
| b. Driver's License written by informant | $ | 150,000 |
| c. Social Security Number written by informant | $ | 150,000 |
| d. Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

|   |   |   |
|---|---|---|
| a. Financial Information | $ | 100,000 |
| b. Property inside of motor vehicle | $ | 150,000 |

**Time Usage for traffic stops:**

|   |   |   |
|---|---|---|
| a. 30 minutes minimum | $ | 5,000 |
| b. 60 minutes | $ | 10,000 |
| c. 90 minutes | $ | 15,000 |

**Court Appearance Schedule**

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in Court:**

|   |   |   |
|---|---|---|
| a. My Appearance |   |   |
| a. Under Protest and Duress | $ | 75,000/hour |
| b. Voluntarily | $ | 10,000/hour |

**Use of Trade Name Material**

|   |   |   |
|---|---|---|
| a. Name |   |   |
| a) Under Protest and Duress | $ | 25,000 |
| b) Voluntarily | $ | 10,000 |
| b. Drivers License |   |   |
| a) Under Protest and Duress | $ | 25,000 |
| b) Voluntarily | $ | 10,000 |
| c. Social Security Number |   |   |
| a) Under Protest and Duress | $ | 25,000 |
| b) Voluntarily | $ | 10,000 |

Florida Fee Schedule                    Page 4 of 8

FI-221123-086-00000111

| | | |
|---|---|---|
| d. Miscellaneous Material | $ | 25,000 |

**Produce any Personal Information for Any Kind of Business Interaction:**

| | | |
|---|---|---|
| a. Financial Information | $ | 10,000 |
| b. Driver's License | $ | 10,000 |
| c. Social Security Number | $ | 250,000 |
| d. Any Documents Produced by Me | $ | 10,000 / doc |

**Time usage for court appearances:**

a. 30 minutes

| | | |
|---|---|---|
| a. Under Protest and Duress | $ | 33,500 |
| b. Voluntarily | $ | 10,000 |

b. 60 minutes

| | | |
|---|---|---|
| a. Under Protest and Duress | $ | 75,000 |
| b. Voluntarily | $ | 20,000 |

c. 90 minutes or more

| | | |
|---|---|---|
| a. Under Protest and Duress | $ | 100,500 |
| b. Voluntarily | $ | 30,000 |

**Trespass Fee Schedule**

Trespass by public official(s), police officer(s), judge(s), attorney(s), Corporation(s) and other fictional entities as well as all others who desire to contract:

| | | |
|---|---|---|
| a. Failure to honor God Given Rights | $ | 20,000 |
| b. Failure to honor Oath of Office | $ | 50,000 |
| c. Failure to honor Constitutional Oath | $ | 50,000 |
| d. Failure to honor Written and/or Oral Word | $ | 5,000 |
| e. Silence/Dishonor/Default | $ | 5,000 |
| f. Failure to honor /No Bond | $ | 5,000 |
| g. Phone call to telephone number used by Secured Party including from alleged debt collectors | $ | 5,000 each |

FI-221126-080-00080111

| | | | |
|---|---|---|---|
| h. | Telephone message left on Secured Party phone Service or equipment | $ | 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ | 5,000 each |
| j. | Time Waiting for Scheduled Service | $ | 1,000 min/hr |
| k. | Detention from Free Movement and/or cuffed | $ | 75,000 min/hr |
| l. | Incarceration | $ | 75,000 min/hr |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ | 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $ | 25,000 |
| o. | Failure to Present a Living Injured Party | $ | 100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $ | 100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ | 100,000* |
| r. | Default By Non Response or Incomplete Response | $ | 100,000* |
| s. | Fraud | $ | 1,000,000* |
| t. | Racketeering | $ | 1,000,000* |
| u. | Theft of Public Funds | $ | 1,000,000* |
| v. | Dishonor in Commerce | $ | 1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ | 1,000,000** |
| x. | Perverting of Justice Judgment | $ | 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-Xavier After One Warning (per each occurrence) | $ | 50,000 Each |
| z. | Forcing psychiatric evaluations | $ | 500,000 / day |
| aa. | Refusal to provide adequate and proper nutrition while incarcerated | $ | 50,000 / day |
| bb. | Refusal to provide proper exercise while incarcerated | $ | 50,000 / day |
| cc. | Refusal to provide proper dental care while incarcerated | $ | 50,000 / day |

FI-221123-086-00000111

| | | |
|---|---|---|
| dd. Forced giving of body fluids | $ | 5,000,000 / day |
| ee. Forced injections/inoculations, vaccines | $ | 5,000,000 / day |
| ff.  Forced separation from marriage contract | $ | 160,000 / day |
| gg. Confiscation/kidnapping of a body not a US Citizen | $ | 1,600,000 / day |
| hh. Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ | 1,600,000 / day |
| ii.  Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity, or corporation | $ | 6,000,000 per count or charge |
| jj.  Attempted extortion of signature | $ | 6,000,000 per count or charge |
| kk. Attempted forgery of signature | $ | 6,000,000 per count or charge |

*Per Occurrence and includes any Third-Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

| | | |
|---|---|---|
| Kidnapping (if an alleged officer removes free soul more than 6 feet from free soul's property without just cause, it is Kidnapping) | $ | 50,000 |
| Services to others and/or Corporation(s): | | |
| a.  Studying | $ | 500 per hour |

|  | while under threat, duress, coercion | $ | 75,000 per hour |
| --- | --- | --- | --- |
| b. Analyzing | | $ | 500 per hour |
|  | while under threat, duress, coercion | $ | 75,000 per hour |
| c. Research | | $ | 500 per hour |
|  | while under threat, coercion | $ | 75,000 per hour |
| d. Preparing Documents | | $ | 500 per hour |
|  | while under threat, duress, coercion | $ | 75,000 per hour |
| e. Answering Questions | | $ | 500 per hour |
|  | while under threat, duress, coercion | $ | 75,000 per hour |
| f. Providing Information | | $ | 500 per hour |
|  | while under threat, duress, coercion | $ | 75,000 per hour |

If invoiced, payment is due 15 days after receipt date.

Make all payments to:

Tarik Xavier Smith
In the care of: 4450 NW 169ᵗʰ Terrace
Miami, Florida [Postal Code Extension 33055]



Florida Fee Schedule                    Page 8 of 8

FI-221122-086-0000011

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 11.25 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

**Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim** as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.**

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law — A Claim of Exemption and Indemnity.

# Title 50, Sole Relief and Remedy...

http://uscode.house.gov/download/annualhistoricalarchives/pdf/2012/2012usc50a.pdf

§ 7 TITLE 50, APPENDIX—WAR AND NATIONAL DEFENSE Page 18 ......(c) *continued*... or on behalf of, or for the benefit of any person or persons who shall have been determined by the President, after investigation, to be an enemy or ally of enemy, and which shall have been required to be conveyed, transferred, assigned, or delivered to the Alien Property Custodian or seized by him, and in lieu thereof to issue certificates or other instruments for such shares or other beneficial interest to the Alien Property Custodian or otherwise, as the Alien Property Custodian shall require. [text redacted] (d) If not required to pay, convey, transfer, assign, or deliver under the provisions of subsection (c) of this section, any person not an enemy or ally of enemy who owes to, or holds for, or on account of, or on behalf of, or for the benefit of an enemy or of an ally of enemy not holding a license granted by the President hereunder, any money or other property, or to whom any obligation or form of liability to such enemy or ally of enemy is presented for payment, may, at his option, with the consent of the President, pay, convey, transfer, assign, or deliver to the alien property custodian said money or other property under such rules and regulations as the President shall prescribe. [text redacted]

Official Seal
Isa Barbara Sablon  1/29/22
FI43-2021-1HCA8-614PU
Commission expires at end of life.

# EXHIBIT G

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS



09/10/2025 "No consent" "No contract trust"

1,937 AP



JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY
TRAFFIC/MISDEMEANOR DIVISION
P.O. BOX 19321
MIAMI, FL 33101-9321

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
MIAMI, FL
PERMIT NO. 1297

Refuse
Return to Sender

TARIK  XAVIER SMITH
4450 NW 169TH TER
MIAMI GARDENS FL  33055-4325

DAL2BICE057093004252025*

169 BBDTSP1 33055

---

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

04/10/2025 "No consent" "No contract trust"

1,936 AP

JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY
TRAFFIC/MISDEMEANOR DIVISION
P.O. BOX 19321
MIAMI, FL 33101-9321

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
MIAMI, FL
PERMIT NO. 1297

Refuse
Return to Sender

TARIK  XAVIER SMITH
4450 NW 169 TER
MIAMI GARDENS FL  33055

DAL2BICE057093004252025*

169 BBDTSP1 33055



# EXHIBIT H

Page 1 of 2

Page 2 of 2

No Dg. Jan. copy ... for ... 3/11/25

LORIDA UNIFORM TRAFFIC CITATION    AL2BICE

OUNTY OF
1) MIAMI-DADE

☐ (1) F.H.P.   ☐ (2) P.D.   ☒ (3) S.O.   ☐ (4) OTHER
AGENCY NAME   MIAMI-DADE PD
AGENCY #   FL0130000

N THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE

SUMMONS

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☐ A.M. ☒ P.M. |

AME (PRINT) FIRST        MIDDLE                LAST
ARIK       XAIVER       SMITH

REET
450 NW 169 TER        IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ►

| TY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

ELEPHONE NUMBER | DATE OF BIRTH MO 01 DAY 28 YR 1983 | RACE B | SEX M | HGT 5'06"

DRIVER LICENSE NUMBER   S530819830280

| STATE | CLASS | CDL LICENSE | YR LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|
| FL | E | ☐YES ☒NO | 2032 | ☐YES ☒NO |

| L VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 007 | CHEV | 4D | WHI | ☐YES ☒NO |

| HICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥ 16 PASSENGERS |
|---|---|---|---|---|
| CC1308 | | FL | 2024 | ☐YES ☒NO |

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
IW 49TH AVE AND NW 173RD DR

MOTORCYCLE ☐YES ☒NO
COMPANION CITATION NUMBER(S) ☐YES ☒NO

ID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____   MPH SPEED APPLICABLE _____ MPH
(☐INTERSTATE   ☐SCHOOL ZONE   ☐CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE: _____

CARELESS DRIVING                ☐CHILD RESTRAINT           ☐EXPIRED DRIVER LICENSE SIX MONTHS OR LESS
FAILURE TO STOP AT A TRAFFIC SIGNAL   ☐IMPROPER OR UNSAFE EQUIPMENT   ☐EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
IMPROPER LANE CHANGE OR COURSE   ☐EXPIRED TAG SIX (6) MONTHS OR LESS   ☐NO VALID DRIVER LICENSE
NO PROOF OF INSURANCE           ☐EXPIRED TAG MORE THAN SIX (6) MONTHS   ☐DRIVING UNDER THE INFLUENCE
VIOLATION OF RIGHT-OF-WAY       ☒DRIVING WHILE LICENSE SUSPENDED OR REVOKED   ☐Passenger Under 18 Yrs.
IMPROPER PASSING                                    BAL _____

HER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
WLS "KNOWING OF VIOLATION"

RE-EXAM ☐YES ☒NO
DL SEIZED ☐YES ☒NO

☐AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE | SECTION 322.34 | SUB-SECTION (2)

| ASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐YES ☒NO | ☐YES $ _____ ☒NO | ☐YES ☒NO | ☐YES ☒NO | ☐YES ☒NO |

CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.

INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

L PENALTY IS $   MANDATORY COURT          AL2BICE

RT INFORMATION
O BE SET

DATE _____   TIME _____

COURT _____

LOCATION _____
05) 275-1111 | WWW.MIAMI-DADECLERK.COM

ITIONAL COMMENTS: _____

EST DELIVERED TO _____   DATE _____
RISE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. UFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN MISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS ATION, CONTACT THE CLERK OF THE COURT.

IGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| FC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| ← NAME OF OFFICER | BADGE NO. | ID NO. | TROOP UNIT |

CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

V 75901 (Rev. 06/22)

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

## FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
### (Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____        ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, ID#)

*handwritten top right: Dr/ passe... qui...... No Contract... Page 2 of 2 3/11/*

**FLORIDA UNIFORM TRAFFIC CITATION** — **AL2CXAE**

COUNTY OF
**1) MIAMI-DADE**

CITY (IF APPLICABLE)

☐ (1) F.H.P   ☐ (2) P.D   ☒ (3) S.O.   ☐ (4) OTHER

AGENCY NAME **MIAMI-DADE PD**

AGENCY # **FL0130000**

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | TIME | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:14 | ☐ A.M. ☒ P.M. |

NAME (PRINT) FIRST **TARIK**   MIDDLE **XAIVER**   LAST **SMITH**

STREET **1450 NW 169 TER**   IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ▶

CITY **MIAMI GARDENS**   STATE **FL**   ZIP CODE **33055**

TELEPHONE NUMBER   DATE OF BIRTH MO **01** DAY **28** YR **1983**   RACE **B**   SEX **M**   HGT **5'06"**

DRIVER LICENSE NUMBER **S530819830280**   STATE **FL**   CLASS **E**   CDL LICENSE ☐ YES ☒ NO   YR LICENSE EXP. **2032**   COMMERCIAL VEHICLE ☐ YES ☒ NO

YR VEHICLE **2007**   MAKE **CHEV**   STYLE **4D**   COLOR **WHI**   PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO

VEHICLE LICENSE NO. **JCC1308**   TRAILER TAG NO   STATE **FL**   YEAR TAG EXPIRES **2024**   ≥ 16 PASSENGERS ☐ YES ☒ NO

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
**NW 49TH AVE AND NW 173RD DR**

MOTORCYCLE ☐ YES ☒ NO

(SAME AS ON CITATION NUMBER(S)) ☒ YES ☐ NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
  ( ☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE _____

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ FAILURE TO STOP AT A TRAFFIC SIGNAL
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.

BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
**NO MOTOR VEHICLE REGISTRATION**

RE-EXAM ☐ YES ☒ NO
DL SEIZED ☐ YES ☒ NO

☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STAT.   SECTION **320.02**   SUB-SECTION **(1)**

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES $ ____ ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ **MANDATORY COURT**   **AL2CXAE**

COURT INFORMATION _____   DATE _____   TIME _____

**TO BE SET**   COURT _____

LOCATION
**(305) 275-1111 | WWW.MIAMI-DADECLERK.COM**

OPTIONAL COMMENTS.

ARREST DELIVERED TO _____   DATE _____
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. MY LAWFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |
|---|---|---|---|
| PFC. E. RUADEZ | 10635 | 10635 | M3603 |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

WV 75901 (Rev. 06/22)

---

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

**FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE**
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____   ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, ID#)

No cmnt No contract TrsT By: Joe-Art   Page __ of __   3/1/2-

**FLORIDA UNIFORM TRAFFIC CITATION**   AL2CAIE

| COUNTY OF | | | ☐ (1) F.H.P. | ☐ (2) P.D. | ☒ (3) S.O. | ☐ (4) OTHER |
|---|---|---|---|---|---|---|
| 1) MIAMI-DADE | | | AGENCY NAME MIAMI-DADE PD | | | |
| CITY (IF APPLICABLE) | | | AGENCY # FL0130000 | | | |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE
AS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS
☐ (VIOLATIONS COUNT)

| DAY OF WEEK | MONTH | DAY | YEAR | | ☐ A.M. |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:13 | ☒ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| ARIK | XAIVER | SMITH |

| STREET | IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ☐ |
|---|---|
| 450 NW 169 TER | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH | MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | S530819830280 | STATE FL | CLASS E | CDL LICENSE ☐ YES ☒ NO | YR. LICENSE EXP. 2032 | COMMERCIAL VEHICLE ☐ YES ☒ NO |
|---|---|---|---|---|---|---|

| YR VEHICLE 007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐ YES ☒ NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. CC1308 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2024 | ≥ 16 PASSENGERS ☐ YES ☒ NO |
|---|---|---|---|---|

| ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY NW 49TH AVE AND NW 173RD DR | MOTORCYCLE ☐ YES ☒ NO |
|---|---|
| | COMPANION CITATION NUMBER(S) ☒ YES ☐ NO |

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

| UNLAWFUL SPEED _____ MPH | SPEED APPLICABLE _____ MPH |
|---|---|
| ( ☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT ) | |

SPEED MEASUREMENT DEVICE: _____

| ☐ CARELESS DRIVING | ☐ CHILD RESTRAINT | ☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS |
|---|---|---|
| | | ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS |
| ☐ FAILURE TO STOP AT A TRAFFIC SIGNAL | ☐ IMPROPER OR UNSAFE EQUIPMENT | |
| ☐ IMPROPER LANE CHANGE OR COURSE | ☐ EXPIRED TAG SIX (6) MONTHS OR LESS | ☐ NO VALID DRIVER LICENSE |
| ☐ NO PROOF OF INSURANCE | ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS | ☐ DRIVING UNDER THE INFLUENCE |
| ☐ VIOLATION OF RIGHT-OF-WAY | ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED | ☐ Passenger Under 18 Yrs. |
| ☐ IMPROPER PASSING | | BAL |

| OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE: DL NOT CARRIED/EXHIBIT ON DEMAND/ MUTIL | RE-EXAM ☐ YES ☒ NO |
|---|---|
| | DL SEIZED ☐ YES ☒ NO |

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 322.15 | SUB-SECTION (1) |
|---|---|---|---|

| CRASH ☐ YES ☒ NO | PROPERTY DAMAGE ☐ YES $_____ ☒ NO | INJURY TO ANOTHER ☐ YES ☒ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☒ NO | FATAL ☐ YES ☒ NO |
|---|---|---|---|---|

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED. AS INDICATED BELOW.

☐ INFRACTION COURT APPEARANCE REQUIRED. AS INDICATED BELOW.

☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 129.00          AL2CAIE

COURT INFORMATION

**SEE INSTRUCTIONS**

DATE _____    TIME _____

COURT _____

LOCATION _____

(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS _____

CITATION DELIVERED TO _____    DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. UNLAWFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

| SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT) | | | |
|---|---|---|---|
| FC. E. RUADEZ | 10635 | 10635 | M3603 |
| CLERK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (Rev. 06/22)

---

**IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE**

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____    ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, ID#)

"No Consent" No Contract post 3/11/2025

IMPORTANT INSTRUCTIONS FOR CIVIL/NON-CRIMINAL INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk ____ does ____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you **do not** hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you **do not** hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does **not** apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

## FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____ ASSIGNED DHSMV AGENCY #: _____

Signed: _____

---

FLORIDA UNIFORM TRAFFIC CITATION    AL2BIFE

COUNTY OF
1) MIAMI-DADE

☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER

AGENCY NAME  MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:12 | ☐ A.M. ☒ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| TARIK | XAIVER | SMITH |

STREET                    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ▶
1450 NW 169 TER

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH MO 01 | DAY 28 | YR 1983 | RACE B | SEX M | HGT 5'06" |
|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | S530819830280 | | | | |
|---|---|---|---|---|---|
| | STATE FL | CLASS E | COL LICENSE ☐YES ☒NO | YR LICENSE EXP. 2032 | COMMERCIAL VEHICLE ☐YES ☒NO |

| VEHICLE YR 007 | MAKE CHEV | STYLE 4D | COLOR WHI | PLACARDED HAZARDOUS MATERIAL ☐YES ☒NO |
|---|---|---|---|---|

| VEHICLE LICENSE NO. ICC1308 | TRAILER TAG NO. | STATE FL | YEAR TAG EXPIRES 2024 | ≥ 16 PASSENGERS ☐YES ☒NO |
|---|---|---|---|---|

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
NW 49TH AVE AND NW 173RD DR

MOTORCYCLE ☐Y ☒NO
COMPANION CITATION (NUMBER(S)) ☒YES ☐NO

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

UNLAWFUL SPEED _____ MPH  SPEED APPLICABLE _____ MPH
( ☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE: _____

CARELESS DRIVING
VIOLATION OF TRAFFIC CONTROL DEVICE
FAILURE TO STOP AT A TRAFFIC SIGNAL
IMPROPER LANE CHANGE OR COURSE
NO PROOF OF INSURANCE
VIOLATION OF RIGHT-OF-WAY
IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ IMPROPER OR UNSAFE EQUIPMENT
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.
BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
RAN STOP SIGN

RE-EXAM ☐YES ☒NO
DL SEIZED ☐YES ☒NO

| ☐ AGGRESSIVE DRIVING | IN VIOLATION OF STATE STATUTE | SECTION 316.123 | SUB-SECTION (2)(A) |
|---|---|---|---|

| CRASH ☐YES ☒NO | PROPERTY DAMAGE ☐YES $____ ☒NO | INJURY TO ANOTHER ☐YES ☒NO | SERIOUS BODILY INJURY TO ANOTHER ☐YES ☒NO | FATAL ☐YES ☒NO |
|---|---|---|---|---|

CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ 179.00                  AL2BIFE

_____ DATE _____ TIME _____

SEE INSTRUCTIONS

COURT _____

LOCATION _____
(305) 275-1111 | WWW.MIAMI-DADECLERK.COM

ADDITIONAL COMMENTS: _____

TEST DELIVERED TO _____ DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. UNLAWFUL REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| FC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| CLERK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 7S901 (Rev. 06/22)

No content "No contract post 5/11/25 Page 4 of 6

## FLORIDA UNIFORM TRAFFIC CITATION    AL2CX9E

COUNTY OF
**1) MIAMI-DADE**

☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER

CITY (IF APPLICABLE)

AGENCY NAME   MIAMI-DADE PD

AGENCY #  FL0130000

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

SUMMONS (VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| MONDAY | 03 | 10 | 2025 | 11:14 | ☒ P.M. |

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|
| TARIK | XAIVER | SMITH |

STREET
**1450 NW 169 TER**                    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ☐

| CITY | STATE | ZIP CODE |
|---|---|---|
| MIAMI GARDENS | FL | 33055 |

| TELEPHONE NUMBER | DATE OF BIRTH MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|---|
| | 01 | 28 | 1983 | B | M | 5'06" |

DRIVER LICENSE NUMBER  S530619830280

| | STATE | CLASS | CDL LICENSE | YR LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|
| | FL | E | ☐ YES ☒ NO | 2032 | ☐ YES ☒ NO |

| YR. VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2007 | CHEV | 4D | WHI | ☐ YES ☒ NO |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | ≥ 16 PASSENGERS |
|---|---|---|---|---|
| JCC1308 | | FL | 2024 | ☐ YES ☒ NO |

ON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
**NW 49TH AVE AND NW 173RD DR**

MOTORCYCLE  ☐ YES ☒ NO

COMPANION CITATION NUMBER(S)  ☒ YES ☐

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.  CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH
(☐ INTERSTATE  ☐ SCHOOL ZONE  ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE _____

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ FAILURE TO STOP AT A TRAFFIC SIGN
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.
BAL _____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
**FAILURE TO PROVIDE REGISTRATION/TEMPORA**

RE-EXAM  ☐ YES ☒ NO
DL SEIZED  ☐ YES ☒ NO

| ☐ AGGRESSIVE DRIVING | IN V. LATION OF STATE STAT. TE | SECTION 320.0605 | SUB-SECTION |
|---|---|---|---|

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES $ ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

☐ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

CIVIL PENALTY IS $ **129.00**                    AL2CX9E

COURT INFORMATION _____

| DATE | TIME |
|---|---|

SEE INSTRUCTIONS

COURT _____

LOCATION _____
**(305) 275-1111 | WWW.MIAMI-DADECLERK.COM**

ADDITIONAL COMMENTS:

REST DELIVERED TO _____   DATE _____
I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN CIVIL COURT)

| PFC. E. RUADEZ | 10635 | 10635 | M3603 |
|---|---|---|---|
| RANK - NAME OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 7S901 (Rev. 06/22)

## IMPORTANT INSTRUCTIONS REGARDING A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

If you were charged with a civil infraction, you must complete one of the following options **within 30 calendar days** of the date of this citation. If you fail to comply **within 30 calendar days**, your driving privilege will be suspended until you comply. You will then be subject to additional penalties. Please see the front of the citation for the contact information for the Clerk of Court in the county where this violation occurred.

**Option 1:** You may pay the civil penalty listed on the front of the citation to the Clerk of Court or establish a payment plan pursuant to s. 28.246(4), F.S. You must enclose this citation if you mail payment, which may be a money order or a cashier's check. The clerk _____ does _____ does not accept personal checks. You may pay this citation on-line at **www.payflclerk.com**. Payment of the civil penalty is considered a conviction and points will be assessed, if applicable. Proof of compliance in the form of a driver license or registration certificate, whichever is applicable, is required in addition to payment if you were cited for driver license expired less than six months, expired tag less than six months, failure to display a valid driver license or failure to display a valid registration. You **will** be required to complete a driver improvement course if you are convicted of running a red light or passing a school bus. Your driving privilege will be suspended if you are convicted of not providing proof of insurance. Accumulation of points may increase the cost of your insurance.

**Option 2:** If you were cited for expired driver license, failure to display a valid driver license, expired tag, failure to possess a valid registration, or no proof of insurance, you may show proof to the Clerk of Court that you had a valid driver license, tag/registration, or insurance, whichever is applicable, at the time of the offense. The charge will be dismissed upon payment of a dismissal fee.

**Option 3:** If you do not hold a commercial driver license and you were cited for a driver license expired 6 months or less, expired tag 6 months or less, failure to display a valid driver license, failure to possess a valid registration, no proof of insurance, or driving while license suspended [See s. 322.34 (10)(a), F.S.], you may elect to show proof of compliance to the Clerk of Court in the form of a valid driver license, registration or proof of insurance, whichever is applicable. You may only make one such election per 12 month period and no more than three elections in your lifetime. You must pay court costs and adjudication will be withheld.

**Option 4:** If you do not hold a commercial driver license, you may be eligible to elect to complete a Florida driver improvement course. You must contact the Clerk of Court to make this election. You may make only one such election per 12 month period and not more than 5 elections in your lifetime. Please visit **www.flhsmv.gov** for a list of approved courses and to determine your eligibility for this election. Adjudication will be withheld and points will not be assessed. You must pay a civil penalty and court costs. This option is not available for certain traffic offenses including driver license, tag and registration violations. Completion of a driver improvement course is required if you are cited for running a red light/traffic control device, even if you do not make this election.

**Option 5:** You may elect a court hearing by contacting the Clerk of Court. If you request a hearing and the County Judge/Magistrate/Hearing Officer determines that you have committed the offense, the County Judge/Magistrate/Hearing Officer may impose a penalty of up to $500 (or $1,000 if a fatality occurred) and/or require completion of a driver improvement course. Points may be assessed. If it is determined that no infraction has been committed, no cost or penalties shall be imposed.

**Option 6:** If you were cited with a non-criminal violation of operating a motor vehicle in an unsafe condition (s. 316.610 F.S.) or not properly equipped (s. 316.610, F.S. or s. 316.2935, F.S.), you may have the defect corrected, then contact your local county or city law enforcement agency to have the correction certified below. You must pay the local law enforcement agency $ _____ for this service. You may then mail or present this affidavit of compliance along with $ _____ to the Clerk of Court within 30 calendar days of the date of this citation. No points will be assessed. This option does not apply to a commercial motor vehicle or a transit bus owned by a governmental entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(Law Enforcement Use Only)

I certify that the defective equipment described herein has been corrected and complies with the requirements of the Florida traffic laws.

DATE: _____   ASSIGNED DHSMV AGENCY #: _____

Signed: _____
(Name, Title, ID#)

# EXHIBIT I

Certified Mail Return# 9590 9402 9208 4295 5820 13

Florida Department of Highway Safety and Motor Vehicles
1800 66ᵗʰ St N,
Saint Petersburg, Florida 33710
727/464-7777
Robert R. Kynoch, Director

Mailing Location:
Tarik Xaiver Smith
c/o 4450 NW 169ᵗʰ Terrace
Miami, Florida [33055]
DOB: 01-28-1983
LICENSE/ID# S530-819-83-028-0

Date: March 5, 2025

Re: Driver License and ID Cancelation in Florida state

Dear Robert R. Kynoch, Director

I Tarik: Smith the living soul/man hereby withdraw and rescind all signatures, applications and enrollments as a 'Driver Licensee and ID holder." I have no natural interest in waving my God giving rights also rights under the constitution to travel and to give it to a private corporation under their contracts.  No state of government cannot take a fundamental right or "liberty" that a civilian has and turn it into something that requires a license and fee to exercise, essentially making it a "privileged" instead of a right; **see Supreme court case** Murdock v. Pennsylvania. I wish for a response CONFIRMING CANCELLATION of my PRIOR Driver license and Identification card via email: Tariksmth@Yahoo.com.au or mail a letter to the address location above within 5 business days of receiving this letter. Also, please liquidate all bonds attached. If any of this cannot be granted, please include the Full name, address, and phone contact to the Trustee that I can contact to liquidate the bonds that's attach to this account.

Thank you,

All Rights Reserved. Without prejudice.
By:Tarik: Smith
Authorized Agent TARIK SMITH

Access to shared message expires in **1 week**

## UREGENT ASAP

From tariksmth@yahoo.com.au (Tarik Smith)
To ROBERTKYNOCH@FLHSMV.GOV (ROBERTKYNOCH@FLHSMV.GOV)
Mar 13 at 3:34 PM

Good day!
My name is Tarik Smith,
I sent a letter to you which was returned back due to an address change from what's on the website. 1800 66th st. At Petersburg Florida. 33710. Will you provide me with the correct postage mail address and phone number that I can call and confirm future request.

The letter was sent out on the 5th of march,2025. And was return today march 13,2025. Attach is a copy of the letter.
I wish to rescind and offset this commercial transaction. Also wish to remove every  presentment and bonds off my estate from this license and I'd cards.

Will you please sent me a confirmation letter that everything is taken care of. And this letter is received.

# EXHIBIT J

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Florida Highway Safety and motor vehicles
2900 Apalachee Parkway.
mailstop 98.
Tallahassee, Florida 32399-0500

9590 9402 9208 4295 5822 04

2. Article Number (Transfer from service label)

S3324P501525-12

RDC 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Loreta M. Pittman
Operations Manager

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

E Gaston Justice Building
Attn: Judge Nunez Buildings
1351 N. W 12th Street Room 7
Miami, Florida 33125

9590 9402 9208 4295 5821 43

2. Article Number (Transfer from service label)

9589 0710 5270 1214 0689 75

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Marcella Anchete   04-15-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

9589 0710 5270 2260 5648 00

Debit Card Remit
Card Name: VISA

$12.48

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*For delivery information, visit our website at www.usps.com®.*

**OFFICIAL USE**

Miami, FL 33125
0360
7

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $4.10
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $3.43

Total Postage and Fees
$ 3.30

Sent To

Street and Apt No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

05/09/2025

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Go to:
https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

Tell us about your experience.

REG N: 113830-0360
Receipt #: 840-53300010-3-6327049-2
Clerk: 7

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature **Ada Molina** ☐ Agent ☐ Addressee<br>X<br>B. Received by *(Printed Name)* — C. Date of Delivery |
| 1. Article Addressed to: ATTN: Juan Fernandez<br>Clerk of the Court and Comptroller<br>of Miami-Dade County<br>73 W. Flagler Street<br>Miami, Florida 33130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

9590 9402 9208 4295 5820 51

2. Article Number *(Transfer from service label)*

9589 0710 5270 1214 0690 26

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>X<br>B. Received by *(Printed Name)* Victoria F Marrison — C. Date of Delivery 3·25·25 |
| 1. Article Addressed to:<br>Secretary of State Cord Byrd<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
|  | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

9590 9402 9208 4295 5820 37

2. Article Number *(Transfer from service label)*

9589 0710 5270 1214 0689 51

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

# EXHIBIT K

1:42  .ıl LTE ⚡



# JUAN FERNANDEZ-BARQUIN, ESQ.

## CLERK OF THE COURT AND COMPTROLLER OF MIAMI-DADE COUNTY

Contact Us  My Account

## TRAFFIC ONLINE SYSTEM

◀◀ BACK

### Case History

**Total Results: 2**   —

| Date | History Entry |
|------|---------------|
| 4/25/2025 | BW Issued $100 |
| 4/25/2025 | **** Typed Note **** (Click to view SUBJECT: DFTA - SOVEREIGN |

◀◀ BACK



**General**

Traffic Home

Traffic Information

Login

🔒 **www2.miamidadeclerk.gov**